IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLUELINX CORPORATION, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.08-CV-02144 |
| | § | |
| PARK CITIES MILLWORK INC., | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

**AFFIDAVIT OF CHARLES W. SHIPMAN**

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES W. SHIPMAN, who, being by me duly sworn, stated as follows:

1.      My name is Charles W. Shipman.  I am more than 21 years old, and I have never been convicted of a felony or of any crime involving moral turpitude.  I am fully competent to make this Affidavit under oath, and all of the facts set forth in this Affidavit are based on my personal knowledge and are true and correct.

2.      I am an attorney with the law firm Haynes and Boone, LLP, which represents the Plaintiff in the above-styled cause.  I have personally represented the Plaintiff in this case.

3.      On December 4, 2008, Plaintiff filed its Original Complaint against Defendant PARK CITIES MILLWORK, INC. ("Defendant").  A true and correct copy of Plaintiff's Original Complaint is attached hereto as Exhibit A.

4.      On December 12, 2008, Defendant was properly served with a copy of Plaintiff's Original Complaint by personal service on its registered agent Daniel W. Schreimann.  A true and correct copy of the executed return of service is attached hereto as Exhibit B.

5.      The time for Defendant's answer has not been extended by any stipulation of the parties or any order of the Court.  Defendant has failed to plead in response or otherwise answer Plaintiff's Original Complaint as required by Rule 12(a)(1) of the Federal Rules of Civil Procedure.

6.      Defendant is neither an infant, incompetent person, nor military servicemember within the meaning of Rule 55 of the Federal Rules of Civil Procedure and/or the Servicemembers Civil Relief Act.

7.      I am familiar with the fees customarily charged in this area for the services rendered in similar cases.  In connection with this matter, I and attorneys in the law firm of Miller, Canfield, Paddock and Stone, P.L.C. have performed the following tasks on behalf of BLUELINX CORPORATION: Client consultation to ascertain background and nature of dispute;  reviewed file in preparation for filing lawsuit;  prepared Plaintiff's Original Complaint; coordinated service of process on Defendants; and prepared Plaintiff's Request for Entry of Default Judgment, with attached affidavit, proposed Order of Default Judgment and Clerk's Entry of Default Judgment.

8.      In my opinion, the fee of $5,000.00 for the services rendered and to be rendered obtaining a default judgment in this case is a reasonable fee which is customarily charged in this area.

9.      If Plaintiff's Request for Entry of Default Judgment is granted and Defendant makes an unsuccessful appeal from this judgment, I am of the opinion that $5,000.00 would be a reasonable fee for services performed in this cause on appeal to the court of appeals.

FURTHER AFFIANT SAYETH NOT.



CHARLES W. SHIPMAN

STATE OF TEXAS          §
                                §
COUNTY OF BEXAR     §

Before me a notary public on this day personally appeared Charles W. Shipman, who averred that he is the person whose name is shown on the foregoing Affidavit, further acknowledged to me that he signed the Affidavit and that all of the statements in the Affidavit are within his personal knowledge and are true and correct.

Given under my hand and seal of office this 12th day of February, 2009.

Theresa J. Grimmett

Notary Public

(SEAL)

THERESA J. GRIMMETT
MY COMMISSION EXPIRES
June 26, 2011

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLUELINX CORPORATION, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| PARK CITIES MILLWORK INC., | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

BlueLinx Corporation ("BlueLinx") files this Complaint, complaining of Park Cities Millwork Inc. (the "Defendant").

## PARTIES AND JURISDICTION

1.     Plaintiff BlueLinx Corporation ("BlueLinx") is a Georgia corporation with its principal place of business in the State of Georgia.

2.     Upon information and belief, Defendant Park Cities Millwork Inc. is a Texas corporation with its principal place of business at 400 W Malloy Bridge Rd., Seagoville, TX, 75159-3536.  Defendant may be served through its registered agent, Daniel W. Schreimann, 909 Lake Carolyn Parkway # 150, Irving, Texas 75039.

3.     Diversity Jurisdiction in the Court exists pursuant to 28 U.S.C. §1332(a)(1) as the action is between citizens of different states and the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest, costs and attorneys fees.

4.     Venue is appropriate under 28 U.S.C. §1391(c) as a substantial part of the events giving rise to the claims occurred in this judicial district and the Defendant conducts business in this judicial district.

## COUNT I – GOODS SOLD AND DELIVERED

5.     BlueLinx incorporates by reference 1 through 4 as though fully set forth herein.

6.     BlueLinx sold and delivered various goods to Defendant in various quantities, amounts and at various times on credit payable within 30 days of delivery.

7.     Defendants accepted the goods and continued to order more goods.

8.     As of November 15, 2008, the balance owed by Defendant for goods sold and delivered was $113,953.83, plus interest, costs and attorneys fees.  Attached hereto as Exhibit A is a copy of the outstanding invoices for Defendant's account with BlueLinx.

9.     BlueLinx has performed its obligations in full pursuant to the parties' agreement.

10.     Despite written demand, Defendant has failed and/or refused to pay the above amounts for goods sold and delivered.

11.     The failure of Defendant to make payment to BlueLinx for the purchase price of the goods delivered by BlueLinx is a breach of the parties' agreement, which has caused BlueLinx to suffer damages in excess of $113,953.83.

## COUNT II - UNJUST ENRICHMENT

12.     BlueLinx incorporates by reference paragraphs 1 through 11, as though fully set forth herein.

13.     Defendant received direct and indirect benefits from the delivery of goods without payment.

14.     BlueLinx never received any actual benefit in exchange for the agreement to sell goods.

15.     Defendant should not receive direct or indirect benefits from the delivery of goods.

## COUNT III – ATTORNEY'S FEES

16.     BlueLinx incorporates by reference paragraphs 1 through 15, as though fully set forth herein.

18.     BlueLinx has demanded that Defendant honor its obligations under the parties' contract, but Defendant has failed and refused, and continues to fail and refuse, to make payment.  Because Defendant has failed to honor its obligations, BlueLinx has retained the law firms of Miller, Canfield, Paddock and Stone, P.L.C. and Haynes and Boone, LLP to prosecute this action on its behalf and to collect the funds due and owing as described herein.  BlueLinx is therefore entitled to recover from Defendant its reasonable and necessary attorney's fees and costs incurred in the prosecution of this lawsuit and on appeal, if necessary, pursuant to Section 38.001 of the Texas Civil Practice and Remedies Code.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, BlueLinx respectfully requests that:

(1)     Defendant be cited to appear and answer according to law;

(2)     upon final hearing or trial, BlueLinx have judgment of and from Defendant

        including:

(a)     the outstanding amounts due and owing under the parties' contract;

(b)     pre-judgment and post-judgment interest at the highest rate allowed by law;

(c)     reasonable and necessary attorney's fees and costs of suit incurred in the collection of the sums due and owing pursuant to the parties' contract, together with conditional awards of attorney's fees and expenses in the event of any and all appeals from a judgment issued by this Court; and

(d)     such other and further relief, at law or in equity, to which BlueLinx may show itself justly entitled.

Respectfully submitted,

/s/  Charles W. Shipman
Charles W. Shipman
*Attorney in Charge*
State Bar No. 00794628
HAYNES AND BOONE, LLP
112 E. Pecan, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7000
Facsimile: (210) 554-0426

and

Michael H. Traison (P35759)
Douglas W. Eyre (P63068)
150 West Jefferson, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Facsimile:  (313) 496-7652

ATTORNEYS FOR PLAINTIFF
BLUELINX CORPORATION

COPY

   

**BlueLinx**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 75373-0514

303 706-8000
FEDERAL I.D. NO. 73-XXXXXX
DUNS #:

**DUPLICATE** WAREHOUSE INVOICE

| | | | |
|---|---|---|---|
| INVOICE DATE | INVOICE NUMBER | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | |
| 3/03/08 | 215-028769 | | |

**CUSTOMER PURCHASE ORDER NUMBER**

| BRANCH | BLUELINX ORDER NUMBER | (IF DIRECT) OUR P.O. NUMBER | DATE SHIPPED |
|---|---|---|---|
| 215 | 028769 | | 3/01/08 |

SOLD TO:
DON

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159-3536

| ORDERED BY | CUSTOMER NUMBER | ORDER DATE | NUMBER |
|---|---|---|---|
| 000000000 | 714815 | 3/01/08 | 0073 |

| ORDER TAKEN BY NAME | |
|---|---|
| ANTHONY OLIVER | |

| STATE/COUNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|
| W 48-113 | 1 | 5512 |

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 751593536
DALLAS MAIN WAREHOUSE

| SHIP VIA | TERMS |
|---|---|
| POS Point of Sale | NET 10TH PROX |

** POS INVOICE - DO NOT MAIL **

| QUANTITY ORDERED | SHIPPED | BACKORDER | ITEM NO. | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | REF# 215-60753 | | | |
| 294 | 294 | | 723786 | 4/4 RW&L ALDER PREM FRAME KD S2S 15/16" | 294.000 | 1.41 | 414.54 |
| 2560 | 2560 | | 250145 | 4/4 RW&L ALDER FRAME STOCK KD S2S H/M 15/16" | 2560.000 | 1.29 | 3302.40 |
| 159 | 159 | | 728972 | 8/4 RW&L ALDER FRAME KD RGH | 159.000 | 1.55 | 246.45 |
| 115 | 115 | | 715233 | 6/4 RW&L ALDER SUPERIOR KD H/M 1-7/16" | 115.000 | 3.20 | 368.00 |

**CONTINUED ON NEXT PAGE**

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

COPY

   

**BlueLinx**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 75373 05 14

FEDERAL I.D. NO.: 303 706-8000   DUNS #: 000000000

**CONTINUED FROM PREVIOUS PAGE**
**DUPLICATE** WAREHOUSE INVOICE
POS Point of Sale

CUSTOMER PURCHASE ORDER NUMBER

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | CUSTOMER NUMBER | SHIP VIA | ORDER DATE | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 215 | 028769 | | 3/01/08 | 000000000 | 714815 | 3/03/08 | 215-028769 |

| ORDER TAKEN BY NAME | OT | STATE/COUNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|---|---|
| ANTHONY OLIVER | W | 48-113 | 2 | 5512 |

SOLD TO:
** POS INVOICE - DO NOT MAIL **
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE TX 75159 3536
DALLAS MAIN WAREHOUSE

TERMS: NET 10TH PROX

| QUANTITY ORDERED | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | REF# 215-60753 | | | |
| 75 | 75 | 600125 | 5/4 RW&L ALDER FRAME STOCK | 75.000 | 1.55 | 116.25 |
| | | | KD S2S H/M 1 3/16" | | | |
| 34 | 34 | 724199 | 1/4 4X8 ALDER VC RUSTIC | 34.000 | 34.60 | 1176.40 |
| 49 | 49 | 724407 | 3/4 4X8 ALDER V/C RUSTIC | 49.000 | 73.75 | 3613.75 |
| 200 | 200 | 106889 | B1175L6600.22 OMM FACE FRAME | 200.000 | .46 | 92.00 |
| | | | ADAPTER PLATE/OFF CENTER | 200 PC | .4600 | |
| 150 | 150 | 725624 | B17117565 120 DEGREE HALF | 150.000 | 1.40 * | 210.00 |
| | | | OVERLAY | | | |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 4/10/08 | .00 | .00 | 9,539.79 | 787.04 | 10,326.83 |

SUBJECT TO TERMS AND CONDITIONS

CREDIT MEMO RELEASE— THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE— AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

DD9191 (10/83)

```
11/18/2008  13:38:01      Customer Obligations              ARGCCD04    ARDCCD04
  215        714815 PARK CITIES MILLWORK          Open Items        113953.83
SEAGOVILLE           TX    Base currency:   USD   Processing Currency:   USD
            O P E N   O B L I G A T I O N S
O  Obl. Date  Trn  Obligation ID        Due Date    Open Amount    P. O. Number
SCN                                        REL GT
3  3/03/2008 INV 215028769               4/10/2008      10099.43  DON
_                        SUMMARY RECONCILIATION
     Sel App. Date Session # Oblig./Receipt  Type    Appl. Amount  Cur
     _   4/16/2008    595248        2170557  C/R          227.40   USD



   F2=Function keys  F3=Exit   F9=Base/Proc. Curr.  F24=More keys

_  7/23/2008 INV 215046427               8/10/2008       224.74  DANNY
_  7/23/2008 INV 215046436               8/10/2008      4154.64  DANNY
_  7/23/2008 INV 215046442               8/10/2008      1243.53  DANNY
_  7/23/2008 INV 215046452               8/10/2008       929.66  DANNY
_  7/23/2008 INV 215046453               8/10/2008      3511.95  DANNY      +

Opts: 2=Notes 3=Recon 5=Display 9=Display draft header
F2=Function keys  F3=Exit  F5=Refresh  F6=More  F24=More keys
```

COPY






# BlueLinx

**WAREHOUSE INVOICE**

**\*\*DUPLICATE\*\***

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514
DALLAS                           TX 753730514

FEDERAL I.D. NO. 303 706-8000
DUNS #: 000000000

| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | | QT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|
| | | W | 48-113 | 1 |

| CUSTOMER PURCHASE ORDER NUMBER | | ORDERED BY | | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | 000000000 | | 714815 | 7/23/08 | 7/23/08 | 215-046417 | 0348 |

**SOLD TO:**

DANNY

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT OUR P.O. NUMBER | DATE SHIPPED | SHIP VIA | | ORDER TAKEN BY NAME | SALES REP. |
|---|---|---|---|---|---|---|---|
| 215 046417 | | | 7/23/08 | WILL CALL-Customer | | MELISSA CONNELL | 5512 |

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE          TX 75159-3536

**SHIP TO:**

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE          TX 751593536

DALLAS MAIN WAREHOUSE

| QUANTITY | | ITEM NO./ | DESCRIPTION | TERMS |
|---|---|---|---|---|
| ORDERED | SHIPPED | BACKORDER | | NET 10TH PROX |
| 91 | 91 | 723918 | 4/4 RW&L POPLAR FAS KD S2S | |
| | | | 13/16 SLR1E | |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | EXTENSION | UNIT PRICE | NET AMOUNT | SALES TAX | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 91.000 | 1.60 | 145.60 | 12.02 | 145.60 |

**TOTAL AMOUNT** 157.62

SUBJECT TO TERMS AND CONDITIONS

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WRITTEN OBJECTIONS TO BLUELINX PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE HAD OR MAY HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

DD9151 (10/93)



C O P Y

# BlueLinx

## WAREHOUSE INVOICE

**PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:**
PO BOX 730514
DALLAS                     TX  75373051 4
303 706-8000
FEDERAL I.D. NO. 205452357
DUNS #: 000000000

**DUPLICATE**

| INVOICE DATE | INVOICE NUMBER | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | OT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|
| 7/23/08 | 215-046418 | | W | 48-113 | 1 |

| ORDER TAKEN BY NAME |
|---|
| MELISSA CONNELL |

| SALES REP. |
|---|
| 5512 |

**CUSTOMER PURCHASE ORDER NUMBER**

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | CUSTOMER NUMBER | SHIP VIA | ORDER DATE | NUMBER |
|---|---|---|---|---|---|---|---|---|
| 215 | 046418 | | | | 714815 | 7/23/08 | 7/23/08 | 0348 |

**SOLD TO:**
DANNY
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 75159-3536

ORDERED BY: WILL CALL-Customer

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 751593536
DALLAS MAIN WAREHOUSE

**TERMS**
NET 10TH PROX

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 116 | 116 | 250322 | 4/4 RW&L HARD MAPLE SEL&BTR 1&2 WHITE KD RGH | 116.000 | 3.90 | 452.40 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 452.40 | 37.32 | 489.72 |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

X

**SUBJECT TO TERMS AND CONDITIONS**

DD9151 (10/93)

COPY



# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 75373051

FEDERAL I.D. NO. 91-0575435
303 706-8000
DUNS #: 00000000

**DUPLICATE**

| INVOICE DATE | ORDER DATE | INVOICE NUMBER |
|---|---|---|
| 7/23/08 | 7/23/08 | 215-046419 |

| CUSTOMER NUMBER | SHIP VIA |
|---|---|
| 714815 | WILL CALL-Customer |

**SOLD TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE                TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE            TX 75159 3536
DALLAS MAIN WAREHOUSE

| CUSTOMER PURCHASE ORDER NUMBER | BLUELINX ORDER NUMBER | IF DIRECT; OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | ORDER TAKEN BY NAME | ST/CNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|---|---|---|---|---|---|
| DANNY | 046419 | | 7/23/08 | | MELISSA CONNELL | W 48-113 | 1 | 5512 |

| NUMBER | TERMS |
|---|---|
| 0348 | NET 10TH PROX |

| ORDERED | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 10 | 727699 | 3/4 48X96 C-2 RC WHITE MAPLE | 10.000 | 43.75 | 437.50 |
| 122 | 122 | 250322 | V/C WPF CHINESE 4/4 RW&L HARD MAPLE SEL&BTR | 122.000 | 3.90 | 475.80 |
| 1 | 1 | 723516 | 1&2 WHITE KD RGH NO7807272793 3X24 120 GRIT | 1.000 | 13.40 | 13.40 |
| 1 | 1 | 723506 | SANDING BELT NO662611 49828 5" AL\OX (A290 )120GRIT | 1.000 | 16.95 | 16.95 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 943.65 | 77.86 | 1,021.51 |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

**SUBJECT TO TERMS AND CONDITIONS**

D09151 (10/93)

COPY



# BlueLinx

## WAREHOUSE INVOICE

**PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:**
PO BOX 730514
DALLAS    TX 753730514

303 706-8000
FEDERAL ID. NO. FED-745
DUNS #: 000000000

**\*\*DUPLICATE\*\***

| INVOICE DATE | ORDER DATE | NUMBER |
|---|---|---|
| 7/23/08 | 7/23/08 | 215-046420 |

| CUSTOMER NUMBER | ORDER TAKEN BY NAME | STATE/COUNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|---|---|
| 714815 | MELISSA CONNELL | W 48-113 | 1 | 5512 |

### CUSTOMER PURCHASE ORDER NUMBER

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT; OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 215 | 046420 | | 7/23/08 | WILL CALL-Customer | | NET 10TH PROX |

**SOLD TO:**
DANNY
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159353 6
DALLAS MAIN WAREHOUSE

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 181 | 181 | 250145 | 4/4 RW&L ALDER FRAME STOCK KD S2S H/M 15/16" | 181.000 | 1.30 | 235.30 |
| 1 | 1 | 709623 | #5066 TITEBOND ORIGINAL WOOD GLUE GALLON (2PER) FRANKLIN | 1.000 1 CN | 16.50 16.5000 * | 16.50 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 251.80 | 20.78 | 272.58 |

**SUBJECT TO TERMS AND CONDITIONS**

X  **INVOICE** — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

**CREDIT MEMO RELEASE**— THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTIONS RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

DD9151 (10/93)



COPY

# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514

DALLAS                    TX 75373051 4

303 706-8000

FEDERAL I.D. NO.: **DUPLICATE**

DUNS #: 000000000

\*\*DUPLICATE\*\*

| CUSTOMER PURCHASE ORDER NUMBER | | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | | OT STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 714815 | 7/23/08 | 7/23/08 | 215-046421 | MELISSA CONNELL | | W 48-113 | 1 |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | | | | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | TERMS | SALES REP. |
|---|---|---|---|---|---|---|---|---|
| 046421 | | | | | | 0348 | NET 10TH PROX | 5512 |

SOLD TO:

DANNY

215

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE              TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE              TX 75159 3536

DALLAS MAIN WAREHOUSE

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DATE SHIPPED | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 225 | 225 | 308675 | 7/23/08 | 4/4 RW&L ALDER CABINET KD S2S H/M 15/16" | 225.000 | 1.30 | 292.50 |

SHIP VIA: WILL CALL-Customer

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 292.50 | 24.14 | 316.64 |

SUBJECT TO TERMS AND CONDITIONS

X

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

DD9151 (10/93)

   
COPY

**BlueLinx**

**WAREHOUSE INVOICE**

**\*\*DUPLICATE\*\***

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 75373051 4   DUNS #: 303 706-8000
FEDERAL I.D. NO.

CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN)

| CUSTOMER PURCHASE ORDER NUMBER | | | | | |
|---|---|---|---|---|---|

SOLD TO:
215  046422
DANNY
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 75159-3536
DALLAS MAIN WAREHOUSE

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | CUSTOMER NUMBER | SHIP VIA | INVOICE DATE | ORDER DATE | INVOICE NUMBER | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 215 | 046422 | | 7/23/08 | 000000000 | 714815 | WILL CALL-Customer | 7/23/08 | 7/23/08 | 215-046422 | 0348 |

| ORDER TAKEN BY NAME | TERMS | ST/COUNTY CODE | OT | PAGE NO. | SALES REP. |
|---|---|---|---|---|---|
| MELISSA CONNELL | NET 10TH PROX | W 48-113 | | 1 | 5512 |

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4 | 4 | 727699 | 3/4 48X96 C-2 RC WHITE MAPLE V/C WPF CHINESE | 4.000 | 43.75 | 175.00 |
| 64 | 64 | 308675 | 4/4 RW&L ALDER CABINET KD S2S H/M 15/16" | 64.000 | 1.30 | 83.20 |
| 62 | 62 | 506057 | 4/4 RW&L POPLAR FAS KD RGH | 62.000 | 1.40 | 86.80 |
| 26 | 26 | 250322 | 4/4 HARD MAPLE SEL&BTR 1&2 WHITE KD RGH | 26.000 | 3.80 | 98.80 |
| 1 | 1 | 709629 | #5006 TITEBOND II PREMIUM WOOD GLUE GALLON (2PER)FRANKLIN | 1.000 1 CN | 16.5000 * 16.50 | 16.50 |

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER ON INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

| | DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | 8/10/08 | .00 | .00 | 460.30 | 37.97 | 498.27 |

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

COPY






**BlueLinx**

**WAREHOUSE INVOICE**

** ** DUPLICATE ** **

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS   TX 75373051 4

303 706-8000
FEDERAL I.D. NO. 91-06-77954
DUNS #:
000000000

| CUSTOMER PURCHASE ORDER NUMBER | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME |
|---|---|---|---|---|---|---|
| DANNY | WILL CALL-Customer | 714815 | 7/23/08 | 7/23/08 | 215-046423 0348 | MELISSA CONNELL |

| BRANCH | BlueLinx ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | | | | | QT STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|---|
| 215 | 046423 | | | | | | W 48-113 | 1 |

SHIP VIA:

TERMS: NET 10TH PROX

SALES REP.: 5512

SOLD TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
.
SEAGOVILLE          TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159 3536
DALLAS MAIN WAREHOUSE

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DATE SHIPPED | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 6 | 6 | 727699 | 7/23/08 | 3/4 48X96 C-2 RC WHITE MAPLE V/C WPF CHINESE | 6.000 | 43.75 | 262.50 |
| 64 | 64 | 715233 | | 6/4 RW&L ALDER SUPERIOR KD H/M 1-7/16" | 64.000 | 3.20 | 204.80 |

| | DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | 8/10/08 | .00 | .00 | 467.30 | 38.55 | 505.85 |

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

X

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE

**SUBJECT TO TERMS AND CONDITIONS**

DD9151 (10/93)

COPY

   

**BlueLinx**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 75373051DUNS #:
00000000

303 706-8000 FEDERAL I.D. NO. 77-06-758#

**WAREHOUSE INVOICE**

**\*\*DUPLICATE\*\***

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| | (REFER TO INVOICE NO. SHOWN) |
| | CREDIT MEMO NUMBER |

| CUSTOMER PURCHASE ORDER NUMBER | | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | NUMBER | ORDER TAKEN BY NAME | ST/ COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | W 48-113 | 1 |

SOLD TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE TX 75159-3536

| | | | | 714815 | 7/23/08 | 7/23/08 | 215-046425 0348 | MELISSA CONNELL | 5512 |

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE TX 75159-3536

DALLAS MAIN WAREHOUSE

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT OUR P.O. NUMBER | | DATE SHIPPED | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 215 | 046425 | | 7/23/08 | | WILL CALL-Customer | NET 10TH PROX |

| QUANTITY | | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | |
| 8 | 8 | 244968 | 8/4 RW&L ALDER SEL&BTR KD S2S H/M 1-15/16" | 8.000 | 3.52 | 28.16 |

DANNY

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WRITTEN OBJECTIONS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 28.16 | 2.32 | 30.48 |

**SUBJECT TO TERMS AND CONDITIONS**

DD9151 (10/93)

COPY






**BlueLinx**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS        TX 75373051
                            303 706-8000
                            FEDERAL I.D. NO. 91-1807451
                            DUNS #: 000000000

**WAREHOUSE INVOICE**

**\*\*DUPLICATE\*\***

| CUSTOMER PURCHASE ORDER NUMBER | | | | |
|---|---|---|---|---|
| DANNY | | | | |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY |
|---|---|---|---|---|
| 215 | 046427 | | 7/23/08 | |

SOLD TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 75159-3536

| CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | |
|---|---|---|---|---|
| 714815 | 7/23/08 | 7/23/08 | 215-046427 | |

SHIP VIA: WILL CALL-Customer

| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | ORDER TAKEN BY NAME | | ST/ COUNTY CODE | PAGE NO. |
|---|---|---|---|---|
| 0348 | MELISSA CONNELL | | W 48-113 | 1 |

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 75159-3536
DALLAS MAIN WAREHOUSE

| | TERMS | SALES REP |
|---|---|---|
| | NET 10TH PROX | 5512 |

| QUANTITY | | ITEM NO./ | DESCRIPTION | EXTENSION | |
| ORDERED | SHIPPED | BACKORDER | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 6 | 6 | 724199 | 1/4 4X8 ALDER VC RUSTIC | 6.000 | 207.60 |
| | | | | 34.60 | |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 207.60 | 17.14 | 224.74 |

SUBJECT TO TERMS AND CONDITIONS

X    INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½%
PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN
ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT
PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT
OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER
MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED
TO PURCHASE ORDER OR INVOICE.

D09151 (10/93)



COPY

 

# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514

DALLAS        TX 75373051

303 706-8000
FEDERAL I.D. NO. 77-0627047
DUNS #: 000000000

**DUPLICATE**

| CUSTOMER PURCHASE ORDER NUMBER | | | ORDERED BY | | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | | | |
|---|---|---|---|---|---|---|---|---|

DANNY

SOLD TO:

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT OUR P.O. NUMBER | DATE SHIPPED | | | CUSTOMER NUMBER | ORDER DATE | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 215 | 046436 | | 7/23/08 | | | 714815 | 7/23/08 | 215-046436 |

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE      TX 75159-3536

SHIP VIA: WILL CALL-Customer

| ORDER TAKEN BY NAME | | ORDER NUMBER |
|---|---|---|
| 0348   MELISSA  CONNELL | | 5512 |

| W | 48-113 | 1 |
|---|---|---|
| OT STATE/COUNTY CODE | | PAGE NO. |

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE      TX 75159536
DALLAS MAIN WAREHOUSE

TERMS: NET 10TH PROX

| QUANTITY | | ITEM NO./ | DESCRIPTION | EXTENSION | | | | | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | BACKORDER | | | | | | | |
| 1010 | 1010 | 250322 | 4/4 RW&L HARD MAPLE SEL&BTR | 1010.000 | | | 3.80 | 3838.00 | |
| | | 1&2 WHITE KD RGH | | | | | | | |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½%
PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN
ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT
PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT
OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER
MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED
TO PURCHASE ORDER OR INVOICE.

SUBJECT TO TERMS AND CONDITIONS

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 3,838.00 | 316.64 | 4,154.64 |

X

DD9151 (10/93)



COPY

# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS                    TX 75373051 4

303 706-8000
FEDERAL I.D. NO. 91-___
DUNS #:
000000000

**CUSTOMER PURCHASE ORDER NUMBER**

| BRANCH | BlueLinx ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | STATE/COUNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 215 | 046442 | | 7/23/08 | | 714815 | 7/23/08 | 7/23/08 | 215-046442 | MELISSA CONNELL | W 48-113 | 1 | 5512 |

*DUPLICATE*

**SOLD TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159 3536

DANNY

SHIP VIA: WILL CALL-Customer

TERMS: DALLAS MAIN WAREHOUSE

NET 10TH PROX

| QUANTITY ORDERED | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 25 | 25 | 727699 | 3/4 48X96 C-2 RC WHITE MAPLE V/C WPF CHINESE | 25.000 | 43.75 | 1093.75 |
| 500 | 500 | 725196 | 13/16" VENEER EG-BAND MAPLE PRE-GLUE | 500.000 | .11 | 55.00 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 1,148.75 | 94.78 | 1,243.53 |

X

**CREDIT MEMO RELEASE** — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

**INVOICE** — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

**SUBJECT TO TERMS AND CONDITIONS**

DD9151 (10/93)

COPY






# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514
DALLAS     TX 753730514

303 706-8000
FEDERAL I.D. NO. 76-0535749
DUNS #: 000000000

**\*\*DUPLICATE\*\***

| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | | OT STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|
| | | W 48-113 | 1 |

**CUSTOMER PURCHASE ORDER NUMBER**

DANNY

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT OUR P.O. NUMBER | DATE SHIPPED | | ORDERED BY | | CUSTOMER NUMBER | SHIP VIA | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | | SALES REP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 215 | 046452 | | 7/23/08 | | | | 714815 | 7/23/08 | 215-046452 | | MELISSA CONNELL | | 5512 |

**SOLD TO:**

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159-3536

WILL CALL-Customer

**SHIP TO:**

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159536

DALLAS MAIN WAREHOUSE

| NUMBER | TERMS |
|---|---|
| 0348 | NET 10TH PROX |

| ORDERED | SHIPPED | BACKORDER | ITEM NO./ | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 226 | 226 | | 723609 6/4 1&2 | RW&L HARD MAPLE SEL&BTR WHITE KD RGH | 226.000 | 3.80 | 858.80 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 858.80 | 70.86 | 929.66 |

**SUBJECT TO TERMS AND CONDITIONS**

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

DD9151 (10/93)

COPY

   

**BlueLinx**

# WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS   TX 75373051 4

**DUPLICATE**

FEDERAL I.D. NO.: 91-2023769
DUNS #: 000000000

303 706-8000

| | |
|---|---|
| BRANCH | 215 |
| BLUELINX ORDER NUMBER | 046453 |

CUSTOMER PURCHASE ORDER NUMBER: DANNY

IF DIRECT, OUR P.O. NUMBER / DATE SHIPPED: 7/23/08

SOLD TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 75159 3536
DALLAS MAIN WAREHOUSE

| ORDERED BY | CUSTOMER NUMBER | SHIP VIA | INVOICE DATE | ORDER DATE | INVOICE NUMBER | NUMBER | ORDER TAKEN BY NAME |
|---|---|---|---|---|---|---|---|
| 000000000 | 714815 | WILL CALL-Customer | 7/23/08 | 7/23/08 | 215-046453 | 0348 | MELISSA CONNELL |

TERMS: NET 10TH PROX

OT: 1   STATE/COUNTY CODE: W 48-113   PAGE NO.: 1   SALES REP.: 5512

| QUANTITY ORDERED | SHIPPED | ITEM NO / BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 315 | 315 | 250322 | 4/4 RW&L HARD MAPLE SEL&BTR | 315.000 | 3.80 | 1197.00 |
| 211 | 211 | 250145 | 1&2 WHITE KD RGH | 211.000 | 1.30 | 274.30 |
| 10 | 10 | 724771 | 4/4 RW&L ALDER FRAME STOCK KD S2S H/M 15/16" | 10.000 | 37.80 | 378.00 |
| 1000 | 1000 | 725192 | 1/2 4X8 C-2 MAPLE V/C 13/16" VENEER EG-BAND BIRCH PRE-GLUE | 1000.000 | .11 | 110.00 |
| 170 | 170 | 281101 | 6/4 RW&L POPLAR FAS KD RGH | 170.000 | 1.45 | 246.50 |
| 168 | 168 | 715233 | 6/4 RW&L ALDER SUPERIOR KD H/M 1-7/16" | 168.000 | 3.25 | 546.00 |
| 257 | 257 | 308675 | 4/4 RW&L ALDER CABINET KD | 257.000 | 1.30 | 334.10 |
| 72 | 72 | 434333 | 4/4 RW&L RED OAK FAS KD RGH S2S H/M 15/16" SOUTHERN | 72.000 | 2.20 | 158.40 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 3,244.30 | 267.65 | 3,511.95 |

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTIONS RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

COPY





**BlueLinx**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS    TX 753730514

303 706-8000
FEDERAL I.D. NO.
DUNS #: 000000000

# WAREHOUSE INVOICE
**DUPLICATE**

| CUSTOMER PURCHASE ORDER NUMBER | | | | | |
|---|---|---|---|---|---|

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED |
|---|---|---|---|
| 215 | 046454 | | 7/23/08 |

DANNY

SOLD TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

| ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | NUMBER |
|---|---|---|---|---|---|
| 000000000 | 714815 | 7/23/08 | 7/23/08 | 215-046454 | 0348 |

| SHIP VIA |
|---|
| WILL CALL-Customer |

| ORDER TAKEN BY NAME | STATE/COUNTY CODE | PAGE NO. | SALES REP |
|---|---|---|---|
| MELISSA CONNELL | 48-113 | 1 | 5512 |

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159536
DALLAS MAIN WAREHOUSE

| TERMS |
|---|
| NET 10TH PROX |

| QUANTITY ORDERED | SHIPPED | ITEM NO./BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 24 | 24 | 727859 | 4/4 RW&L RED OAK FAS KD RGH | 24.000 | 2.65 | 63.60 |
| 10 | 10 | 202467 | 3/4 49X97 SOUTHERN 12" & WIDER MEDIUM DENSITY FIBERBOARD | 10.000 | 21.54 | 215.40 |
| 3 | 3 | 727701 | 3/4 48X96 C-2 RED OAK PS V/C | 3.000 | 45.20 | 135.60 |
| 10 | 10 | 724771 | 1/2 MDF CHINESE 4X8 C-2 MAPLE V/C | 10.000 | 37.80 | 378.00 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 792.60 | 65.40 | 858.00 |

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

CREDIT MEMO RELEASE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1 1/2% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1 1/2% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

COPY



# BlueLinx

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS                          TX 75373051

303 706-8000
FEDERAL I.D. NO. DUNS #: 000000000

**WAREHOUSE INVOICE**

\*\*DUPLICATE\*\*

| CUSTOMER PURCHASE ORDER NUMBER | | ORDERED BY | | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DANNY | | | | 714815 | 7/23/08 | 7/23/08 | 215-046459 | | | W 48-113 | 1 |

SOLD TO:

215  046459

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159353 6
DALLAS MAIN WAREHOUSE

| | | ORDER TAKEN BY NAME | SALES REP |
|---|---|---|---|
| | | MELISSA CONNELL | 5512 |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | SHIP VIA | TERMS |
|---|---|---|---|---|---|
| 215 | 046459 | | 7/23/08 | WILL CALL-Customer | NET 10TH PROX |

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | | DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | EXTENSION | UNIT PRICE | NET AMOUNT | SALES TAX | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 47 | 308675 | 4/4 RW&L ALDER CABINET RD S2S H/M 15/16" | | 8/10/08 | .00 | .00 | 47.000 | 1.40 | 65.80 | 5.43 | 65.80 |

SUBJECT TO TERMS AND CONDITIONS

| TOTAL AMOUNT |
|---|
| 71.23 |

DD9151 (10/93)

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

COPY



# BlueLinx

**WAREHOUSE INVOICE**

**\*\*DUPLICATE\*\***

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS    TX  75373051

303 706-8000
FEDERAL I.D. NO. ____
DUNS #: 000000000

**SOLD TO:**

215  046460
DANNY
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

**SHIP TO:**

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 751593536
DALLAS MAIN WAREHOUSE

| CUSTOMER PURCHASE ORDER NUMBER | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY |
|---|---|---|---|---|
| X | | | 7/23/08 | WILL CALL-Customer |

| INVOICE NUMBER | INVOICE DATE | ORDER DATE | NUMBER | ORDER TAKEN BY NAME | OT | STATE/COUNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|---|---|---|---|---|---|
| 714815 | 7/23/08 | 7/23/08 | 215-046460 0348 | MELISSA CONNELL | W | 48-113 | 1 | 5512 |

**BRANCH:** 215  046460

**NET 10TH PROX** — TERMS

| QUANTITY ORDERED | SHIPPED | BACKORDER | ITEM NO./ | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 145 | 145 | | 715233 | 6/4 RW&L ALDER SUPERIOR KD H/M | 145.000 | 3.95 | 572.75 |
| 131 | 131 | | 600125 | 5/4 RW&L ALDER FRAME STOCK 1-7/16" KD S2S H/M 1 3/16" | 131.000 | 1.85 | 242.35 |
| 155 | 155 | | 308675 | 4/4 RW&L ALDER CABINET KD S2S H/M 15/16" | 155.000 | 2.10 | 325.50 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/EXPENSE | SALES TAX | NET AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 94.11 | 1,140.60 | 1,234.71 |

SUBJECT TO TERMS AND CONDITIONS

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTIONS RELEASE ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER ON INVOICE.

D09151 (10/93)

COPY

   

# BlueLinx

### WAREHOUSE INVOICE
### ** DUPLICATE **

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS  TX 75373051

303 706-8000
FEDERAL I.D. NO. 77-?
DUNS #: 000000000

| | | |
|---|---|---|
| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | 01 | STATE/COUNTY CODE  W 48-113 | PAGE NO. 1 |

**CUSTOMER PURCHASE ORDER NUMBER**

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED |
|---|---|---|---|
| DANNY | 215  046461 | 7/23/08 | |

**SOLD TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE  TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE  TX 75159353

| ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | SALES REF. |
|---|---|---|---|---|---|---|
| WILL CALL-Customer | 714815 | 7/23/08 | 7/23/08 | 215-046461  0348 | MELISSA CONNELL | 5512 |

SHIP VIA: NET 10TH PROX

DALLAS MAIN WAREHOUSE

| QUANTITY ORDERED | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1262 | 1262 | 506057 | 4/4 RW&L POPLAR FAS KD RGH | 1262.000 | 1.36 | 1716.32 |
| 380 | 380 | 644856 | 4/4 RW&L POPLAR FAS KD RGH 12'&WIDER | 380.000 | 1.74 | 661.20 |
| 42 | 42 | 727861 | 5/4 RW&L RED OAK FAS KD RGH SOUTHERN | 42.000 | 2.75 | 115.50 |
| 8 | 8 | 202467 | 3/4 49X97 MEDIUM DENSITY FIBERBOARD | 8.000 | 21.54 | 172.32 |
| 276 | 276 | 308675 | 4/4 RW&L ALDER CABINET KD S2S H/M 15/16" | 276.000 | 1.40 | 386.40 |
| 200 | 200 | 734455 | E CROWN R/L PRMDMDF 1/2X6-1/4 | 200.000 | 1.19 | 238.00 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 3,289.74 | 271.41 | 3,561.15 |

SUBJECT TO TERMS AND CONDITIONS

X  CREDIT MEMO — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH, UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH, UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WRITTEN OBJECTIONS TO BLUELINX PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX, PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

DD9151 (10/93)



COPY

**BlueLinx**

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS   TX 75373051 4 DUNS #: 303 706-8000 FEDERAL I.D. NO.

**DUPLICATE**

| CUSTOMER PURCHASE ORDER NUMBER | | | ORDERED BY | CUSTOMER NUMBER | ORDER DATE | INVOICE NUMBER | | ORDER TAKEN BY NAME | OT | STATE/COUNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 714815 | 7/23/08 | 215-046462 | | MELISSA CONNELL | W | 48-113 | 1 | 5512 |

| BRANCH | BlueLinx ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | | INVOICE DATE | ORDER NUMBER | | |
|---|---|---|---|---|---|---|---|
| 215 | 046462 | | | 7/23/08 | 0348 | | |

SOLD TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 751593536
DALLAS MAIN WAREHOUSE

SHIP VIA: WILL CALL-Customer

TERMS: NET 10TH PROX

| ORDERED | SHIPPED | ITEM NO./ BACKORDER | DATE SHIPPED | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1360 | 1360 | 506057 | | 4/4 RW&L POPLAR FAS KD RGH | 1,360.000 | 1.36 | 1,849.60 |
| 500 | 500 | 725192 | | 13/16" VENEER EG-BAND BIRCH | 500.000 | .11 | 55.00 |
| 76 | 76 | 600125 | | PRE-GLUE 5/4 RW&L ALDER FRAME STOCK KD S2S H/M 1 3/16" | 76.000 | 1.55 | 117.80 |

DANNY

DATE SHIPPED: 7/23/08

DISCOUNT ALLOWED DATE: 8/10/08

| CREDIT MEMO RELEASE | DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | 8/10/08 | .00 | .00 | 2,022.40 | 166.84 | 2,189.24 |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)



COPY

# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514
DALLAS   TX 75373

303 706-8000
FEDERAL I.D. NO. 74-1100-111

DUNS #: 00-000-0000

**DUPLICATE**

| | ORDERED BY | | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | | QT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 714815 | 7/23/08 | 7/23/08 | 215-046463 | MELISSA CONNELL | | W | 48-113 | 1 |

CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN)

**CUSTOMER PURCHASE ORDER NUMBER**

SOLD TO:

215   046463

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 75159-3536

DALLAS MAIN WAREHOUSE

| | SHIP VIA | NUMBER | TERMS | SALES REP |
|---|---|---|---|---|
| | WILL CALL-Customer | 0348 | NET 10TH PROX | 5512 |

BRANCH   BLUELINX ORDER NUMBER   (IF DIRECT) OUR P.O. NUMBER

DANNY

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACKORDER | ITEM NO./ | DATE SHIPPED | DESCRIPTION | EXTENSION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 212 | 212 | | 250332 | 7/23/08 | 4/4 RW&L HARD MAPLE SEL&BTR | 212.000 | 3.80 | 805.60 |
| 8 | 8 | | 724199 | | 1&2 WHITE KD RGH | 8.000 | 34.60 | 276.80 |
| 63 | 63 | | 308675 | | 1/4 4X8 ALDER VC RUSTIC | 63.000 | 1.40 | 88.20 |
| | | | | | 4/4 RW&L ALDER CABINET KD | | | |
| | | | | | S2S H/M 15/16" | | | |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE HAD OR MAY HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

X

**SUBJECT TO TERMS AND CONDITIONS**

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 96.58 | 1,267.18 |

D09151 (10/93)

COPY

   

# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS                    TX 753730514

303 706-8000
FEDERAL I.D. NO. **DUPLICATE**
DUNS #: 00000000

**CUSTOMER PURCHASE ORDER NUMBER**

| | | |
|---|---|---|
| BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED |
| 215 046470 | | 7/23/08 |

SOLD TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

ORDERED BY: WILL CALL-Customer

| CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | NUMBER | ORDER TAKEN BY NAME | TERMS | ST/COUNTY CODE | QTY SALES REP | PAGE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 714815 | 7/23/08 | 7/23/08 | 215-046470 | 0348 | MELISSA CONNELL | NET 10TH PROX | W 48-113 | 5512 | 1 |

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 751593536
DALLAS MAIN WAREHOUSE

| QUANTITY ORDERED | SHIPPED | BACKORDER | ITEM NO./ | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 6 | 6 | | 724656 | FAMOWOOD PINT #8 MAPLE | 6.000 | 4.50 | 27.00 |

BRANCH DANNY

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 27.00 | 2.23 | 29.23 |

SUBJECT TO TERMS AND CONDITIONS

X

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

DD9151 (10/93)

COPY





**BlueLinx**

WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 75373051 4

303 706-8000 **DUPLICATE**
FEDERAL I.D. NO. 91-????
DUNS #: 000000000

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 7/23/08 | 215-046472 |

CREDIT MEMO NUMBER
(REFER TO INVOICE NO. SHOWN)

| ORDER TAKEN BY NAME | QT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|
| MELISSA CONNELL | W | 48-113 | 1 |

CUSTOMER PURCHASE ORDER NUMBER

SOLD TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
.
SEAGOVILLE           TX 75159-3536

| CUSTOMER NUMBER | ORDER DATE | NUMBER | SALES REP. |
|---|---|---|---|
| 714815 | 7/23/08 | 0348 | 5512 |

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
.
SEAGOVILLE           TX 751593536
DALLAS MAIN WAREHOUSE

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 215 | 046472 | | 7/23/08 | WILL CALL-Customer | | NET 10TH PROX |

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | 727629 | 3/4 4X8 MELAMINE WHITE G2S | 1.000 | 36.48 | 36.48 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 36.48 | 3.00 | 39.48 |

DANNY

X

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½%
PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN
ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT,
PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT
OF THE CREDIT MEMO WITHOUT SUCH OBJECTION RELEASES ALL CLAIMS PURCHASER
MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED
TO PURCHASE ORDER OR INVOICE.

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

COPY



**BlueLinx**

# WAREHOUSE INVOICE

## **DUPLICATE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS     TX 753730514   DUNS #: 000000000
303 706-8000
FEDERAL I.D. NO.: 910853581

| CUSTOMER PURCHASE ORDER NUMBER | | | | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | OT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 714815 | 7/23/08 | 7/23/08 | 215-046474 | | | | |

DANNY

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | SHIP VIA | ORDER TAKEN BY NAME | TERMS | | SALES REP. |
|---|---|---|---|---|---|---|---|---|
| 215 | 046474 | | 7/23/08 | WILL CALL-Customer | MELISSA CONNELL | | | 5512 |

| | W | 48-113 | 1 |
|---|---|---|---|

SOLD TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 751593536
DALLAS MAIN WAREHOUSE

NUMBER 0348          NET 10TH PROX

| QUANTITY | | ITEM NO./ | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | BACKORDER | | | | |
| 17 | 17 | 723725 | 4/4  RW&L AFRICAN MAHOGANY KD FAS RGH | 17.000 | 3.69 | 62.73 |
| 33 | 33 | 723721 | 8/4  RW&L AFRICAN MAHOGANY KD FAS RGH | 33.000 | 3.86 | 127.38 |
| 1 | 1 | 670505 | 1/4" 49X97 MDF VINYL WHITE 1-S FAS RGH | 1.000 | 19.50 | 19.50 |

X

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

| | DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | 8/10/08 | .00 | .00 | 209.61 | 17.30 | 226.91 |

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

COPY






**BlueLinx**

303 706-8000    FEDERAL ID NO. 75-2344266    **DUPLICATE**    WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514
DALLAS TX 75373   DUNS #: 000000000

| CUSTOMER PURCHASE ORDER NUMBER | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | OT STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|
| DANNY | danny | 714815 | 7/23/08 | 215-046475 | DAVID CORNETT | W 48-113 | 1 |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | SHIP VIA | ORDER DATE | NUMBER | TERMS | SALES REP |
|---|---|---|---|---|---|---|---|---|
| 215 | 046475 | | 7/23/08 | OUR TRUCK | 7/23/08 | 0072 | NET 10TH PROX | 5512 |

SOLD TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 751593536
DALLAS MAIN WAREHOUSE

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 680 | 680 | 506057 | 4/4 RW&L POPLAR FAS KD RGH | 680.000 | 1.40 | 952.00 |
| 64 | 64 | 250322 | 4/4 RW&L HARD MAPLE SEL&BTR | 64.000 | 3.80 | 243.20 |
| 100 | 100 | 162 | WHITE KD RGH | 100.000 | .60 | 60.00 |
| | | 106952 | BL175166660.22 6MM FACE FRAME ADAPTER PLATE/OFF CENTER | 100 PC | .6000 * | |

SUBJECT TO TERMS AND CONDITIONS

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 1,255.20 | 103.55 | 1,358.75 |

X

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

DO9151 (10/93)

COPY






**BlueLinx**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS                TX 75373051  DUNS #: 000000000

FEDERAL I.D. NO. 1 706-8000
303 706-8000

**WAREHOUSE INVOICE**

**DUPLICATE**

| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | OT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|
| | W | 48-113 | 1 |

| CUSTOMER PURCHASE ORDER NUMBER | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | NUMBER | ORDER TAKEN BY NAME | SALES REP. |
|---|---|---|---|---|---|---|---|
| DANNY | DANNY | 714815 | 7/23/08 | 7/23/08 | 215-046476 0072 | DAVID CORNETT | 5512 |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | SHIP VIA. | TERMS |
|---|---|---|---|---|---|
| 215 | 046476 | | 7/23/08 | OUR TRUCK | NET 10TH PROX |

SOLD TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159  3536

DALLAS MAIN WAREHOUSE

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 105 | 105 | 690466 | 4/4 RW&L WHT HARD MAPLE SEL& BTR KD S2S 13/16" S1R1E | 105.000 | 3.80 | 399.00 |
| 12 | 12 | 649225 | 1/4 48X96 B-4 MAPLE RC V/C | 12.000 | 28.60 | 343.20 |
| 2 | 2 | 717622 | 16 OZ GLUE BOTTLE YYGBPT | 2.000 | .90 | 1.80 |
| 2 | 2 | 717624 | 16 OZ GLUE BOTTLE TIP | 2.000 | .31 | .62 |

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTIONS RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX, ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER ON INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 744.62 | 61.44 | 806.06 |

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)



COPY

**BlueLinx**

WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
P O BOX 730514
DALLAS   TX 75373051 4

303 706-8000
FEDERAL I.D. NO. 76-06-2681
DUNS #:

**DUPLICATE**

| CUSTOMER PURCHASE ORDER NUMBER | | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | OT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| DANNY | | DANNY | 714815 | 7/23/08 | 7/23/08 | 215-046478 | DAVID CORNETT | W | 48-113 | 1 |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT OUR P.O. NUMBER | DATE SHIPPED | | SHIP VIA | | | TERMS | | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|
| 215 | 046478 | | 7/23/08 | | OUR TRUCK | | | NET 10TH PROX | | 5512 |

SOLD TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE                TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE                TX 75159 3536

DALLAS MAIN WAREHOUSE

| QUANTITY | | ITEM NO./ | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | BACKORDER | | | | |
| 428 | 428 | 506057 | 4/4 RW&L POPLAR FAS KD RGH | 428.000 | 1.40 | 599.20 |
| 118 | 118 | 250322 | 4/4 RW&L HARD MAPLE SEL&BTR | 118.000 | 3.80 | 448.40 |
| | | 162 | WHITE KD RGH | | | |
| 20 | 20 | 725844 | KVPBB100 20" PRECISION BUILT F | 20.000 | 6.35 | 127.00 |
| | | | UILL EXTENSION | | | |
| 245 | 245 | 250322 | 4/4 RW&L HARD MAPLE SEL&BTR | 245.000 | 3.80 | 931.00 |
| | | 162 | WHITE KD RGH | | | |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 2,105.60 | 173.72 | 2,279.32 |

**SUBJECT TO TERMS AND CONDITIONS**

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

DD9151 (10/93)

COPY



**BlueLinx**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 75373051

303 706-8000
FEDERAL I.D. NO.: 9-06-7738

**WAREHOUSE INVOICE**

**DUNS #: 00000000**

**\*\*DUPLICATE\*\***

| CUSTOMER PURCHASE ORDER NUMBER | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|---|
| | 00000000 | 714815 | 7/24/08 | 7/23/08 | 215-046426 | MELISSA CONNELL | W 48-113 | 1 |

**CREDIT MEMO NUMBER** (REFER TO INVOICE NO. SHOWN)
0348

**SOLD TO:** 215 046426

DANNY

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

**SHIP VIA:** WILL CALL-Customer

**SHIP TO:**

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

**TERMS** NET 10TH PROX

**SALES REP** 5512

| QUANTITY ORDERED | QUANTITY SHIPPED | BLUELINX ORDER NUMBER | (IF DIRECT) OUR P.O. NUMBER | DATE SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 7/24/08 | | DALLAS MAIN WAREHOUSE | | | |
| 358 | 358 | 723918 | | | 4/4 RW&L POPLAR FAS KD S2S | 358.000 | 1.40 | 501.20 |
| 288 | 288 | 281101 | | | 13/16 SIRIE | 288.000 | 1.45 | 417.60 |
| 43 | 43 | 715233 | | | 6/4 RWL POPLAR FAS KD RGH | 43.000 | 3.20 | 137.60 |
| | | | | | 6/4 RWL ALDER SUPERIOR KD H/M | | | |
| | | | | | 1-7/16" | | | |
| 18 | 18 | 308675 | | | 4/4 RWL ALDER CABINET KD | 18.000 | 1.30 | 23.40 |
| | | | | | S2S H/M 15/16" | | | |
| 4 | 4 | 724307 | | | 3/4 4X8 ALDER V/C RUSTIC | 4.000 | 73.75 | 295.00 |
| 1 | 1 | 724182 | | | 1/4 4X8 AFRICAN MAHOGANY VC A- | 1.000 | 46.25 | 46.25 |

**SUBJECT TO TERMS AND CONDITIONS**

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 1,421.05 | 117.24 | 1,538.29 |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½%
PER MONTH UNLESS APPLICABLE LAW REQUIRES A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN
ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT,
PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT
OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER
MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED
TO PURCHASE ORDER OR INVOICE.

D09151 (10/93)

COPY



**BlueLinx**

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514
DALLAS   TX   75373051

303 706-8000

**DUNS #:** 000000000

FEDERAL I.D. NO. 91-1739175

**\*\*DUPLICATE\*\***

| | | ORDER TAKEN BY NAME | | QT STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|
| | | MELISSA CONNELL | | W 48-113 | 1 |

**CREDIT MEMO NUMBER** (REFER TO INVOICE NO. SHOWN)

**CUSTOMER PURCHASE ORDER NUMBER**

**SOLD TO:**

DANNY

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX   75159-3536

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | | |
|---|---|---|---|---|---|---|
| 215 | 046428 | | 7/23/08 | | | |

| CUSTOMER NUMBER | SHIP VIA | ORDER DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 714815 | WILL CALL-Customer | 7/23/08 | 7/24/08 | 215-046428 |

**SHIP TO:**

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX   751593536
DALLAS MAIN WAREHOUSE

| NUMBER | TERMS | SALES REP. |
|---|---|---|
| 0348 | NET 10TH PROX | 5512 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACKORDER | ITEM NO./ | DESCRIPTION | EXTENSION | UNIT PRICE | NET AMOUNT / AMOUNT |
|---|---|---|---|---|---|---|---|
| 10 | 10 | | 202467 | 3/4  49X97  MEDIUM DENSITY | 10.000 | 21.54 | 215.40 |
| 8 | 8 | | 724199 | 1/4  FIBERBOARD | 8.000 | 34.60 | 276.80 |
| 102 | 102 | | 506057 | 4/4  4X8 ALDER VC RUSTIC | 102.000 | 1.40 | 142.80 |
| | | | | RW&L POPLAR FAS KD RGH | | | |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 52.39 | 687.39 |

NET AMOUNT   635.00

**SUBJECT TO TERMS AND CONDITIONS**

**INVOICE** — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

**CREDIT MEMO RELEASE** — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

DD9151 (10/93)

COPY






# WAREHOUSE INVOICE

## BlueLinx

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS                TX 75373051 4

303 706-8000
FEDERAL I.D. NO. 78-2675312
DUNS #:
**DUPLICATE**

| CUSTOMER PURCHASE ORDER NUMBER | | | | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER (REFER TO INVOICE NO. SHOWN) | | ORDER TAKEN BY NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 000000000 | 714815 | 7/24/08 | 7/23/08 | 215-046429 0348 | | MELISSA CONNELL |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT OUR P.O. NUMBER | DATE SHIPPED | | SHIP VIA | | TERMS | | ST. CODE | OT. | STATE/COUNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 215 | 046429 | | 7/23/08 | | | | NET 10TH PROX | | W | 48-113 | | 1 | 5512 |

SOLD TO:
DANNY

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE          TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159-3536

DALLAS MAIN WAREHOUSE

| QUANTITY | | | ITEM NO./ BACKORDER | DESCRIPTION | | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | BACKORDER | | | | | | |
| 7 | 7 | | 693878 | 18.0MM 48X96 C-2 WHITE BIRCH | | 7.000 | 27.50 | 192.50 |
| 62 | 62 | | 506057 | IMPORT RC VC WPF | | 62.000 | 1.40 | 86.80 |
| | | | | 4/4 RW&L POPLAR FAS KD RGH | | | | |

WILL CALL-Customer

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1 1/2%
PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN
ACCORDANCE WITH THE TERMS HEREOF UNLESS WRITTEN OBJECTIONS TO BLUELINX
PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT
OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER
MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED
TO PURCHASE ORDER OR INVOICE.

X

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 23.04 | 302.34 |

NET AMOUNT    279.30

## SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

COPY






# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514
DALLAS TX 753730514

303 706-8000
FEDERAL I.D. NO. 20-0867048
DUNS #:
000000000

**\*\*DUPLICATE\*\***

| | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | OT STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|
| | | W 48-113 | 1 |

**CUSTOMER PURCHASE ORDER NUMBER**

SOLD TO:

215 046430

DANNY
DALLAS

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT OUR P.O. NUMBER |
|---|---|---|

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 75159-3536

| CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | NUMBER |
|---|---|---|---|---|
| 714815 | 7/24/08 | 7/23/08 | 215-046430 | 0348 |

| ORDERED BY | SHIP VIA |
|---|---|
| | WILL CALL-Customer |

| ORDER TAKEN BY NAME | SALES REP. |
|---|---|
| MELISSA CONNELL | 5512 |

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 75159 3536

DALLAS MAIN WAREHOUSE

| TERMS |
|---|
| NET 10TH PROX |

| QUANTITY | | ITEM NO./ | DATE SHIPPED | DESCRIPTION | | | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | BACKORDER | | | | | | | |
| 20 | 20 | 725843 | 7/23/08 | KVPBB100 18" PRECISION BUILT F ULL EXTENSION | | | 20.000 | 6.52 | 130.40 |

| | DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | 8/10/08 | .00 | .00 | 130.40 | 10.75 | 141.15 |

X    INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

**SUBJECT TO TERMS AND CONDITIONS**

DD9151 (10/93)

C O P Y

   

**BlueLinx**

WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS                   TX  75373051 4 DUNS #:

303 706-8000
FEDERAL ID NO. **DUPLICATE**
000000000

| CUSTOMER PURCHASE ORDER NUMBER | | | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | INVOICE NUMBER | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | OT STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|---|---|
| DANNY | | | | 714815 | 7/24/08 | 215-046431 | | W 48-113 | 1 |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | SHIP VIA | ORDER DATE | NUMBER | ORDER TAKEN BY NAME | TERMS | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|
| 215 | 046431 | | 7/23/08 | WILL CALL-Customer | 7/23/08 | 0348 | MELISSA CONNELL | NET 10TH PROX | 5512 |

SOLD TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
.
SEAGOVILLE            TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 751593536
DALLAS MAIN WAREHOUSE

| QUANTITY | | | ITEM NO./ BACKORDER | DESCRIPTION | | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | | | |
| 20 | 20 | | 202467 | 3/4 49X97 MEDIUM DENSITY | | 20.000 | 21.54 | 430.80 |
| | | | FIBERBOARD | | | | | |

| | DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | 8/10/08 | .00 | .00 | 430.80 | 35.55 | 466.35 |

X   INVOICE — AMOUNTS PAST DUE ARE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

COPY



**BlueLinx**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS    TX 75373-0514 DUNS #:

303 706-8000
FEDERAL I.D. #:

**WAREHOUSE INVOICE**

**DUPLICATE**

**CUSTOMER PURCHASE ORDER NUMBER**

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED |
|---|---|---|---|
| 215 | 046432 | | 7/23/08 |

SOLD TO:
DANNY
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536
DALLAS MAIN WAREHOUSE

| ORDERED BY | 000000000 DUNS #: | CUSTOMER NUMBER | SHIP VIA | INVOICE DATE | ORDER DATE | INVOICE NUMBER | NUMBER |
|---|---|---|---|---|---|---|---|
| | | 714815 | WILL CALL-Customer | 7/24/08 | 7/23/08 | 215-046432 | 0348 |

| ORDER TAKEN BY NAME | TERMS | SALES REP | STATE/COUNTY CODE | OT | PAGE NO. |
|---|---|---|---|---|---|
| MELISSA CONNELL | NET 10TH PROX | 5512 | W 48-113 | 1 | |

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 255 | 255 | 308675 | 4/4 RW&L ALDER CABINET KD | 255.000 | 1.30 | 331.50 |
| 2 | 2 | 719085 | 1/2 S2S H/M 15/16" 4X8 BIRCH SHOP VC | 2.000 | 26.00 | 52.00 |
| 10 | 10 | 725844 | KVPB100 20" PRECISION BUILT F ULL EXTENSION | 10.000 | 6.35 | 63.50 |
| 10 | 10 | 725841 | KVPB100 16" PRECISION BUILT F ULL EXTENSION | 10.000 | 5.78 | 57.80 |
| 4 | 4 | 724771 | 1/2 4X8 C-2 MAPLE V/C | 4.000 | 37.80 | 151.20 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/EXPENSE | SALES TAX | NET AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 54.12 | 656.00 | 710.12 |

SUBJECT TO TERMS AND CONDITIONS

X

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER OF THE CREDIT MEMO WITHOUT SUCH OBJECTION RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

DD9151 (10/93)

COPY



**BlueLinx**

WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS    TX 753730514

303 706-8000
FEDERAL I.D. NO. 77-0627687
DUNS #:

** DUPLICATE **

| CUSTOMER PURCHASE ORDER NUMBER | | ORDERED BY | INVOICE DATE | INVOICE NUMBER | | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|---|

SOLD TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE        TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE        TX 75159-3536

DALLAS MAIN WAREHOUSE

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | CUSTOMER NUMBER | SHIP VIA | ORDER DATE | NUMBER | ORDER TAKEN BY NAME | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|
| 215 | 046433 | | 7/24/08 | 714815 | WILL CALL-Customer | 7/23/08 | 0348 | MELISSA CONNELL | 5512 |

DANNY                00000000                7/24/08  215-046433        W 48-113  1

NET 10TH PROX        TERMS

| ORDERED | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 17 | 17 | 603174 1/4 | RC WPF  48X96  A-3  WHITE BIRCH | 17.000 | 14.75 | 250.75 |
| 20 | 20 | 693878 18.0MM 48X96 C-2 WHITE BIRCH | IMPORT RC VC WPF HPVA | 20.000 | 27.50 | 550.00 |

X

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1 ½ %
PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN
ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT,
PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT
OF THE CREDIT MEMO WITHOUT SUCH OBJECTION RELEASES ALL CLAIMS PURCHASER
MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED
TO PURCHASE ORDER OR INVOICE.

SUBJECT TO TERMS AND CONDITIONS

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 800.75 | 66.07 | 866.82 |

DD9151 (10/93)

COPY



# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 753730514

303 706-8000
FEDERAL I.D. NO. 75-2775152

**DUNS #:** 000000000

**\*\*DUPLICATE\*\***

| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | OT STATE/COUNTY CODE | PAGE NO. |
|---|---|---|
| | W 48-113 | 1 |

| ORDER TAKEN BY NAME | | SALES REP. |
|---|---|---|
| MELISSA CONNELL | | 5512 |

**SOLD TO:**
DANNY
215   046434

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159 3536

DALLAS MAIN WAREHOUSE

| CUSTOMER NUMBER | SHIP VIA | ORDER DATE | INVOICE NUMBER | INVOICE DATE | TERMS |
|---|---|---|---|---|---|
| 714815 | WILL CALL-Customer | 7/23/08 | 215-046434 | 7/24/08 | NET 10TH PROX |

**CUSTOMER PURCHASE ORDER NUMBER**

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT OUR P.O. NUMBER | ORDERED BY | DATE SHIPPED |
|---|---|---|---|---|
| 215 | 046434 | | | 7/24/08 |

| ORDERED | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 14 | 14 | 604441 | 1/4 48X96 A-4 WHITE MAPLE RC MDF/C WPF | 14.000 | 28.60 | 400.40 |
| 36 | 36 | 727699 | 3/4 48X96 C-2 RC WHITE MAPLE HPVA V/C WPF CHINESE | 36.000 | 43.75 | 1575.00 |
| 24 | 24 | 693878 | 18.0MM 48X96 C-2 WHITE BIRCH IMPORT RC VC WPF | 24.000 | 27.50 | 660.00 |

**QUANTITY**

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 2,635.40 | 217.41 | 2,852.81 |

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WRITTEN OBJECTIONS TO BLUELINX PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX PURCHASER BY RECEIPT MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

**SUBJECT TO TERMS AND CONDITIONS**

DD9151 (10/93)



COPY

# BlueLinx

## WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 75373051403       **DUPLICATE**

303 706-8000     FEDERAL ID. NO. XX-XXXXXXX
DUNS #: 000000000

| BRANCH | 215 | 046435 | | | CUSTOMER NUMBER | 714815 | ORDER DATE 7/23/08 | INVOICE NUMBER 215-046435 | ORDER TAKEN BY NAME MELISSA CONNELL | ST/COUNTY CODE W | PAGE NO. 48-113 | SALES REP 1 |

INVOICE DATE: 7/24/08

CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN)

**SOLD TO:**
DANNY
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE         TX 75159-3536

**SHIP TO:**
NET 10TH PROX
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE         TX 751593536
DALLAS MAIN WAREHOUSE

| CUSTOMER PURCHASE ORDER NUMBER | ORDERED BY | SHIP VIA | TERMS |
|---|---|---|---|
| TX 75373051403 | WILL CALL-Customer | | 5512 |

| ORDERED | SHIPPED | ITEM NO./ BACKORDER | DATE SHIPPED | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 250 | 250 | 725620 | 7/24/08 | BL7IT555 120 DEGREE FULL OVERLAY, SCREW ON V250 | 250.000 | 1.30 | 325.00 |
| 250 | 250 | 106992 | | BL7I5L660.22 6MM FACE FRAME ADAPTER PLATE/OFF CENTER | 250.000 | .46 | 115.00 |
| 94 | 94 | 725235 | | BL7I5L663O.22 FACE FRAME CLIP PLATE (3MM) N | 94.000 PC | .50 * | 47.00 |
| 100 | 100 | 725621 | | BL7IT558 CLIP TOP 120 DEGREE FULL OVERLAY | 100.000 | 1.30 | 130.00 |
| 30 | 30 | 727699 | | 3/4 48X96 C-2 RC WHITE MAPLE V/C WPF CHINESE | 30.000 | 43.75 | 1312.50 |
| 20 | 20 | 604441 | | 1/4 48X96 A-4 WHITE MAPLE RC MDF/C WPF | 20.000 | 28.60 | 572.00 |
| 838 | 838 | 250322 | | 4/4 RW&L HARD MAPLE SEL&BTR HPVA | 838.000 | 3.80 | 3184.40 |
| 344 | 344 | 723609 | | 6/4 RW&L HARD MAPLE SEL&BTR 1&2 WHITE KD RGH | 344.000 | 4.20 | 1444.80 |
| | | | | 1&2 WHITE KD RGH | | | |

**CONTINUED ON NEXT PAGE**

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|

## SUBJECT TO TERMS AND CONDITIONS

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

DD9151 (10/93)

COPY




**BlueLinx**

**PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:**
PO BOX 730514
DALLAS                TX 75373
303 706-8000
FEDERAL I.D. NO. **DUPLICATE**
DUNS #: 000000000

**\*\*CONTINUED FROM PREVIOUS PAGE\*\***
**WAREHOUSE INVOICE**

| | OT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|
| W | 48-113 | | 2 |

| CUSTOMER PURCHASE ORDER NUMBER | | | | ORDERED BY | CUSTOMER NUMBER | ORDER DATE | INVOICE NUMBER | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | ORDER TAKEN BY NAME | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 714815 | 7/24/08 | 215-046435 | | MELISSA CONNELL | 5512 |

**SOLD TO:**
DANNY

**SHIP TO:**

| | |
|---|---|
| PARK CITIES MILLWORK | PARK CITIES MILLWORK |
| 400 W MALLOY BRIDGE RD | 400 W MALLOY BRIDGE RD |
| SEAGOVILLE          TX 75159-3536 | SEAGOVILLE          TX 751593536 |
| | DALLAS MAIN WAREHOUSE |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | SHIP VIA | INVOICE DATE | ORDER DATE | NUMBER | TERMS |
|---|---|---|---|---|---|---|---|---|
| 215 | 046435 | | 7/24/08 | WILL CALL-Customer | 7/24/08 | 7/23/08 | 0348 | NET 10TH PROX |

| QUANTITY | | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | |
| 240 | 240 | 715233 | 6/4 RW&L ALDER SUPERIOR KD H/M | 240.000 | 3.20 | 768.00 |
| 144 | 144 | 729445 | 1-7/16" VNR MAPLE FLAT CUT 4X10 PHENOLIC BACK | 144.000 | 6.05 | 871.20 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 8,769.90 | 723.52 | 9,493.42 |

**SUBJECT TO TERMS AND CONDITIONS**

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

X

DD9151 (10/93)

COPY



# BlueLinx

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514
DALLAS                    TX  75373051 4

DUNS #: 000000000
FEDERAL I.D. NO. **DUPLICATE**

303 706-8000

## WAREHOUSE INVOICE

**CUSTOMER PURCHASE ORDER NUMBER**

SOLD TO:
215   046437

DANNY

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE            TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE            TX 751593536

DALLAS MAIN WAREHOUSE

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | SHIP VIA |
|---|---|---|---|---|---|
|  |  |  | 7/24/08 |  | WILL CALL-Customer |

| CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | ST | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|
| 714815 | 7/24/08 | 7/23/08 | 215-046437 | MELISSA CONNELL | W | 48-113 | 1 |

| QUANTITY | | ITEM NO./ BACKORDER | DESCRIPTION | DISCOUNT ALLOWED DATE | TERMS | SALES REP. |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED |  |  | 8/10/08 | NET 10TH PROX | 5512 |

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 24 | 24 | 724307 | 3/4 4X8 ALDER V/C RUSTIC | 24.000 | 73.75 | 1770.00 |
| 10 | 10 | 693878 | 18.0MM 48X96 C-2 WHITE BIRCH | 10.000 | 27.50 | 275.00 |
|  |  |  | IMPORT RC VC WPF |  |  |  |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

| | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| X | .00 | .00 | 2,045.00 | 168.71 | 2,213.71 |

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)



COPY

# WAREHOUSE INVOICE

**BlueLinx**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS    TX 75373051

303 706-8000
FEDERAL I.D. NO. 20-0 ********
DUNS #: 000000000

**CUSTOMER PURCHASE ORDER NUMBER**

| | | | |
|---|---|---|---|
| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | OT | STATE/COUNTY CODE | PAGE NO. |
| | W 48-113 | 1 | |

SOLD TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 751593536

SHIP VIA: NET 10TH PROX

DALLAS MAIN WAREHOUSE

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|
| 215 | 046439 | | 7/23/08 | 000000000 | 714815 | 7/24/08 | 7/23/08 | 215-046439 0348 | MELISSA CONNELL | 5512 |

**DANNY** — WILL CALL-Customer

**DUPLICATE**

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 20 | 20 | 720372  4/4 | RW&L S&B RIFT WHITE OAK KD | 20.000 | 3.78 | 75.60 |
| 1001 | 1001 | 250322  4/4 | RW&L HARD MAPLE SEL&BTR | 1001.000 | 3.80 | 3803.80 |
| | | 1&2 | WHITE KD RGH | | | |

| | DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | 8/10/08 | .00 | .00 | 3,879.40 | 320.04 | 4,199.44 |

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN
ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT
PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT
OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER
MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED
TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½%
PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

X

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)


COPY

# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS   TX 75373051DUNS #:
303 706-8000
FEDERAL I.D. NO. XX-XXXXXXX

**\*\*DUPLICATE\*\***

| CUSTOMER PURCHASE ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | SHIP VIA | CUSTOMER NUMBER | ORDER DATE | INVOICE DATE | INVOICE NUMBER REFER TO INVOICE NO. SHOWN | ORDER TAKEN BY NAME | ST/COUNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WILL CALL-Customer | 714815 | 7/23/08 | 7/24/08 | 215-046445 | MELISSA CONNELL | W 48-113 | 1 | 5512 |

**SOLD TO:**
DANNY
215   046445   7/23/08

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 75159-3536

**SHIP TO:**
NET 10TH PROX
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 751593536
DALLAS MAIN WAREHOUSE

BRANCH   BLUELINX ORDER NUMBER
0348   TERMS

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 298 | 298 | 506057  4/4 | RW&L POPLAR FAS KD RGH | 298.000 | 1.40 | 417.20 |
| 56 | 56 | 250322  4/4 | RW&L HARD MAPLE SEL&BTR | 56.000 | 4.48 | 250.88 |
| | | 1&2 | WHITE KD RGH | | | |

**CREDIT MEMO RELEASE** — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WRITTEN OBJECTIONS TO BLUELINX, PURCHASER IS RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION. RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

**INVOICE** — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

| DISCOUNT ALLOWED DATE | DISCOUNT ALLOWED | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | .00 | 668.08 | 55.12 | 723.20 |

**SUBJECT TO TERMS AND CONDITIONS**

DD9151 (10/93)

COPY

# BlueLinx



PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN: **DUPLICATE**   WAREHOUSE INVOICE
PO BOX 730514
DALLAS TX 75373

303 706-8000
0514DUNS #: FEDERAL I.D. NO. 20-0867681
000000000

CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN)
215-046449

| CUSTOMER PURCHASE ORDER NUMBER | | |
|---|---|---|
| DANNY | | |

SOLD TO:

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT OUR P.O. NUMBER |
|---|---|---|
| 215 | 046449 | |

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159-3536

| ORDERED BY | CUSTOMER NUMBER | ORDER DATE | INVOICE NUMBER |
|---|---|---|---|
| | 714815 | 7/24/08 | 215-046449 0348 |

SHIP VIA: WILL CALL-Customer

ORDER TAKEN BY NAME: MELISSA CONNELL

| OT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|
| W | 48-113 | 1 |

TERMS: NET 10TH PROX

SALES REP: 5512

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 751593536
DALLAS MAIN WAREHOUSE

| QUANTITY ORDERED | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | DATE SHIPPED | EXTENSION | UNIT PRICE | NET AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 200 | 200 | 725624 | EL71T565 120 DEGREE HALF OVERLAY | 7/24/08 | 200.000 | 1.65 | | 330.00 |
| 700 | 700 | 724246 | 6X1/2 PH FH PART BD SCR 100 | | 7.000 / 700 EA | 3.00 / .0300 * | | 21.00 |

X | INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

SUBJECT TO TERMS AND CONDITIONS

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 351.00 | 28.96 | 379.96 |

DD9151 (10/93)

COPY



**BlueLinx**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514
DALLAS TX 75373

303 706-8000
FEDERAL I.D. NO. 74-03171

**WAREHOUSE INVOICE**
**DUPLICATE**

| CUSTOMER PURCHASE ORDER NUMBER | | | |
|---|---|---|---|
| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED |

DUNS #: 000000000

| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | ORDER TAKEN BY NAME |
|---|---|
| | MELISSA CONNELL |

| ST STATE/COUNTY CODE | OT | PAGE NO. |
|---|---|---|
| W 48-113 | 1 | |

| SALES REP. |
|---|
| 5512 |

SOLD TO:
DANNY
215 046464

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE                TX 75159-3536

| CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | NUMBER |
|---|---|---|---|---|
| 714815 | 7/24/08 | 7/23/08 | 215-046464 | 0348 |

| ORDERED BY | SHIP VIA | TERMS |
|---|---|---|
| | WILL CALL-Customer | NET 10TH PROX |

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE                TX 751593536
DALLAS MAIN WAREHOUSE

| QUANTITY | | ITEM NO./ | DESCRIPTION | EXTENSION | UNIT PRICE | NET AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | BACKORDER | | | | | |
| 50 | 50 | 725624 | BL71T565   120 DEGREE HALF OVERLAY | 50.000 | 1.65 | | 82.50 |
| 157 | 157 | 250322 | 4/4 RW&L   HARD MAPLE SEL&BTR 1&2   WHITE KD RGH | 157.000 | 3.80 | | 596.60 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 56.02 | 735.12 |

NET AMOUNT 679.10

X    CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1 1/2% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

COPY





**BlueLinx**

WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

303 706-8000
FEDERAL I.D. NO. 91-0695755
**DUPLICATE**

| | | | |
|---|---|---|---|
| INVOICE DATE | | INVOICE NUMBER | |
| 7/24/08 | 215-046465 | 0348 | |

| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | | OT CODE | STATE/COUNTY | PAGE NO. |
|---|---|---|---|---|
| | W | 48-113 | 1 |

PO BOX 730514
DALLAS   TX 75373051 DUNS #: 000000000

**CUSTOMER PURCHASE ORDER NUMBER**

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | CUSTOMER NUMBER | ORDER DATE | ORDER TAKEN BY NAME | | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|
| 215 | 046465 | | 7/23/08 | | 714815 | 7/23/08 | MELISSA CONNELL | | 5512 |

SOLD TO:

DANNY
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
.
SEAGOVILLE        TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
.
SEAGOVILLE        TX 751593536
DALLAS MAIN WAREHOUSE

| | |
|---|---|
| SHIP VIA | OUR TRUCK |

NET 10TH PROX

| QUANTITY | | ITEM NO./ | DESCRIPTION | | |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | BACKORDER | | | |
| 1000 | 1000 | 725196 | 13/16" VENEER EG-BAND MAPLE PRE-GLUE | | |

| TERMS | | | | | |
|---|---|---|---|---|---|
| | EXTENSION | UNIT PRICE | AMOUNT | | |
| | 1000.000 | .11 | 110.00 | | |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

**SUBJECT TO TERMS AND CONDITIONS**

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 110.00 | 9.08 | 119.08 |

DG9151 (10/93)

COPY



# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 75373 0514

303 706-8000
FEDERAL I.D. NO. 77-0627356
**DUNS #: 000000000**

\*\*DUPLICATE\*\*

| CUSTOMER PURCHASE ORDER NUMBER | | | | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | ST/CO/COUNTY CODE | QT | PAGE NO. |
|---|---|---|---|---|---|---|---|
| | | | | | W 48-113 | | 1 |

SOLD TO:

DANNY

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 751593536

DALLAS MAIN WAREHOUSE

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | CUSTOMER NUMBER | ORDER DATE | ORDER TAKEN BY NAME | SALES REP. |
|---|---|---|---|---|---|---|---|---|
| 215 | 046467 | | 7/23/08 | | 714815 | 7/23/08 | MELISSA CONNELL | 5512 |

| | INVOICE DATE | INVOICE NUMBER | SHIP VIA | ORDER DATE | NUMBER | TERMS |
|---|---|---|---|---|---|---|
| | 7/24/08 | 215-046467 0348 | WILL CALL-Customer | | | NET 10TH PROX |

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | EXTENSION | UNIT PRICE | NET AMOUNT | SALES TAX | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 725843 | KVPB100 18" PRECISION BUILT F ULL EXTENSION | 8/10/08 | | | 20.000 | 6.52 | | | 130.40 |
| 3 | 3 | 693878 | 18.0MM 48X96 C-2 WHITE BIRCH IMPORT RC VC WPF | | | | 3.000 | 27.25 | | | 81.75 |

SUBJECT TO TERMS AND CONDITIONS

| | DISCOUNT ALLOWED | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | .00 | .00 | .00 | 212.15 | 17.50 | 229.65 |

X  INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½%
PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN
ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT,
PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT
OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER
MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED
TO PURCHASE ORDER OR INVOICE.

DD9151 (10/93)



COPY

## BlueLinx

WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:  **DUPLICATE**
PO BOX 730514                            (REFER TO INVOICE NO. SHOWN)
DALLAS    TX 753730514DUNS #:
          000000000

303 706-8000  FEDERAL I.D. NO. **-*****91

| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | OT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|
| | W | 48-113 | 1 |

**CUSTOMER PURCHASE ORDER NUMBER**

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | TERMS | SALES REP. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 215 | 046468 | | | 714815 | 7/24/08 | 7/23/08 | 215-046468 0348 | MELISSA CONNELL | NET 10TH PROX | 5512 |

SOLD TO:

DANNY

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE        TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE        TX 751593536

DALLAS MAIN WAREHOUSE

| QUANTITY | | ITEM NO./ | DESCRIPTION | | | | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | BACKORDER | | | | | | | |
| 8 | 8 | 739425 | 3/4 48X96 A-2 WALNUT PS MDF | | | | 8.000 | 72.20 | 577.60 |
| 10 | 10 | 693878 | MPF 18.0MM 48X96 C-2 WHITE BIRCH | | | | 10.000 | 27.25 | 272.50 |
| 250 | 250 | 728439 | IMPORT RC VC WPF WALNUT 13/16 250' | | | | 250.000 | .11 | 27.50 |
| 47 | 47 | 728972 | VNR EDGETAPE 8/4 RW&L ALDER FRAME KD RGH | | | | 47.000 | 1.55 | 72.85 |

WILL CALL-Customer    SHIP VIA

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE |
|---|---|---|
| 8/10/08 | .00 | .00 |

| SALES TAX | NET AMOUNT | TOTAL AMOUNT |
|---|---|---|
| 78.40 | 950.45 | 1,028.85 |

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION RELEASES ALL CLAIMS PURCHASER MAY, AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

C O P Y

**BlueLinx** 

303 706-8000

FEDERAL I.D. NO. 75-36751

## **DUPLICATE**

### WAREHOUSE CREDIT MEMO

| | | | |
|---|---|---|---|
| CREDIT MEMO NUMBER | (REFER TO INVOICE NO. SHOWN) | OT | STATE/COUNTY CODE | PAGE NO. |

PO BOX 730514
DALLAS    TX 75373051

DUNS #:
000000000

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 7/24/08 | 215-005973 | 215-046471 | C | 48-113 | 1 |

**CUSTOMER PURCHASE ORDER NUMBER**

| | | | |
|---|---|---|---|
| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED |

DANNY

SOLD TO:

215    046471

7/23/08

** POS INVOICE - DO NOT MAIL **

    POS Point of Sale

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

| ORDERED BY | CUSTOMER NUMBER | | ORDER DATE | NUMBER |
|---|---|---|---|---|
| | 714815 | 7/23/08 | 215-046471 | 5512 |

| | | | | |
|---|---|---|---|---|
| | ORDER TAKEN BY NAME | | | SALES REP. |
| | MELISSA CONNELL | | | |

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 751593536

DALLAS MAIN WAREHOUSE

NET 10TH PROX

| QUANTITY | | ITEM NO./ BACKORDER | DESCRIPTION | | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | | |
| 250- | 250- | 106952 | BL175L6660.22  6MM FACE FRAME ADAPTER PLATE/OFF CENTER | REF# 215-93094 | 250.000-  250-PC | .60  .6000 * | 150.00- |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | TERMS | NET AMOUNT | AMOUNT |
|---|---|---|---|---|---|
| | | .00 | | 150.00- | |
| | | | | SALES TAX | 12.38- |

**SUBJECT TO TERMS AND CONDITIONS**

| | TOTAL AMOUNT |
|---|---|
| | 162.38- |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½%
PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

X
CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN
ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT,
PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT
OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER
MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED
TO PURCHASE ORDER OR INVOICE.

DD9151 (10/93)

COPY



# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS    TX 753730514

303 706-8000
FEDERAL I.D. NO. 72-...
DUNS #: 000000000

**\*\*DUPLICATE\*\***

| CUSTOMER PURCHASE ORDER NUMBER | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER |
| --- | --- | --- |
| DANNY | 046424 | |

BRANCH: 215

**SOLD TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 751593536
DALLAS MAIN WAREHOUSE

| ORDERED BY | DATE SHIPPED | CUSTOMER NUMBER | ORDER DATE | INVOICE DATE | INVOICE NUMBER | CREDIT MEMO NUMBER | OT | STATE/COUNTY CODE | PAGE NO. | SALES REP. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 7/24/08 | 714815 | 7/23/08 | 7/25/08 | 215-046424 0348 | | W | 48-113 | 1 | 5512 |

SHIP VIA: WILL CALL-Customer
ORDER TAKEN BY NAME: MELISSA CONNELL
TERMS: NET 10TH PROX

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 44 | 44 | 534081 | 4/4 RW&L ALDER SUPERIOR | 44.000 | 3.52 | 154.88 |
| | | | KD S2S 15/16" | | | |
| 4 | 4 | 724307 | 3/4 4X8 ALDER V/C RUSTIC | 4.000 | 73.75 | 295.00 |
| 2 | 2 | 724199 | 1/4 4X8 ALDER VC RUSTIC | 2.000 | 34.60 | 69.20 |
| 250 | 250 | 725249 | 13/16 EDGE-BANDING FROST WHITE | 250.000 | .11 | 27.50 |
| | | | #902 PRE GLUED | 250 LF | | |
| 250 | 250 | 725192 | 13/16" VENEER EG-BAND BIRCH | 250.000 | .1100 * | 27.50 |
| | | | PRE-GLUE | | .11 | |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1 ½ % PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | AMOUNT |
| --- | --- | --- | --- | --- |
| 8/10/08 | .00 | .00 | 574.08 | |
| | | | SALES TAX | 47.36 |
| | | | TOTAL AMOUNT | 621.44 |

**SUBJECT TO TERMS AND CONDITIONS**

DD9151 (10/93)

COPY






# BlueLinx

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 753730514DUNS #: 000000000 1

303 706-8000 FEDERAL I.D. NO. 77-0575761

## WAREHOUSE INVOICE

**\*\*DUPLICATE\*\***

| | |
|---|---|
| OT STATE/COUNTY/ CODE | W 48-113 |
| PAGE NO. | 1 |

| INVOICE DATE | INVOICE NUMBER | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) |
|---|---|---|
| 7/25/08 | 215-046438 | |

| ORDER TAKEN BY NAME | | SALES REP |
|---|---|---|
| MELISSA CONNELL | | 5512 |

**CUSTOMER PURCHASE ORDER NUMBER**

| | |
|---|---|
| BLUELINX ORDER NUMBER | 046438 |
| IF DIRECT OUR P.O. NUMBER | |

SOLD TO:

215

DANNY

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE TX 75159-3536
DALLAS MAIN WAREHOUSE

| BRANCH | | |
|---|---|---|
| 215 | | |

| DATE SHIPPED | ORDERED BY | SHIP VIA |
|---|---|---|
| 7/25/08 | | WILL CALL-Customer |

| CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | NUMBER | TERMS |
|---|---|---|---|---|
| 714815 | 7/25/08 | 7/23/08 | 0348 | NET 10TH PROX |

| ORDERED | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 24 | 24 | 724307 | 3/4 4X8 ALDER V/C RUSTIC | 24.000 | 73.75 | 1770.00 |
| 10 | 10 | 724199 | 1/4 4X8 ALDER VC RUSTIC | 10.000 | 34.60 | 346.00 |
| 537 | 537 | 250145 | 4/4 RW&L ALDER FRAME STOCK KD S2S H/M 15/16" | 537.000 | 1.30 | 698.10 |
| 210 | 210 | 308675 | 4/4 RW&L ALDER CABINET KD S2S H/M 15/16" | 210.000 | 1.30 | 273.00 |
| 70 | 70 | 239029 | 4/4 RW&L CHERRY FAS KD RGH | 70.000 | 4.58 | 320.60 |
| 18 | 18 | 251450 | 6/4 RW&L RED OAK FAS KD RGH NORTHERN | 18.000 | 3.00 | 54.00 |

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WRITTEN OBJECTIONS TO BLUELINX PURCHASER BY RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

**SUBJECT TO TERMS AND CONDITIONS**

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT |
|---|---|---|---|
| 8/10/08 | .00 | .00 | 3,461.70 |

| | |
|---|---|
| SALES TAX | 285.60 |
| TOTAL AMOUNT | 3,747.30 |

DD9151 (10/93)

COPY

**BlueLinx** 

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS    TX 75373051

FEDERAL I.D. NO. 303 706-8000 / 706-1287

**\*\*DUPLICATE\*\***    WAREHOUSE INVOICE

DUNS #: 000000000

| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | OT CODE | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|
| | W | 48-113 | 1 |

**CUSTOMER PURCHASE ORDER NUMBER**

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT OUR P.O. NUMBER | DATE SHIPPED |
|---|---|---|---|
| 215 | 046440 | | 7/25/08 |

**SOLD TO:** DANNY
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 751593536

| ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NUMBER | NAME | SALES REP. |
|---|---|---|---|---|---|---|---|
| 714815 | | 7/25/08 | 7/23/08 | 215-046440 | 0348 | MELISSA CONNELL | 5512 |

SHIP VIA: WILL CALL-Customer
TERMS: NET 10TH PROX
WAREHOUSE: DALLAS MAIN WAREHOUSE

| QUANTITY ORDERED | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 258 | 258 | 281101 | 6/4 RW&L POPLAR FAS KD RGH | 258.000 | 1.45 | 374.10 |
| 14 | 14 | 604441 | 1/4 48X96 A-4 WHITE MAPLE | 14.000 | 28.60 | 400.40 |
| 30 | 30 | 618592 | RC MDF/C WPF  3/4 48X96 B-2 WHITE MAPLE HPVA | 30.000 | 43.75 | 1312.50 |
| 616 | 616 | 250322 | 4/4 RW&L HARD MAPLE SEL&BTR  1&2 WHITE KD RGH | 616.000 | 3.80 | 2340.80 |
| 24 | 24 | 693878 | 18.0MM 48X96 C-2 WHITE BIRCH  IMPORT RC VC WPF | 24.000 | 27.50 | 660.00 |

| | DISCOUNT ALLOWED DATE | DISCOUNT ALLOWED | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| | 8/10/08 | .00 | .00 | .00 | 5,087.80 | 419.75 | 5,507.55 |

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

X

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THIS CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES BLUELINX OF ANY CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

COPY






# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS   TX 75373051 4DUNS #:
303 706-8000
FEDERAL ID NO. 91-0468285
**DUPLICATE**

| CUSTOMER PURCHASE ORDER NUMBER | | | | | | |
|---|---|---|---|---|---|---|
| | ORDERED BY | | INVOICE DATE | INVOICE NUMBER | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | | | |
|---|---|---|---|---|---|---|
| 215 | 046443 | | 7/25/08 | | | |

DANNY

SOLD TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE       TX 75159-3536

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE       TX 751593536

DALLAS MAIN WAREHOUSE

| CUSTOMER NUMBER | ORDER DATE | NUMBER | | ORDER TAKEN BY NAME | | |
|---|---|---|---|---|---|---|
| 714815 | 7/23/08 | 215-046443 | 0348 | MELISSA CONNELL | | |

SHIP VIA: WILL CALL-Customer

| SHIP VIA | TERMS | SALES REP. | OT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|
| | NET 10TH PROX | 5512 | W | 48-113 | 1 |

| QUANTITY | | ITEM NO./ | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | BACKORDER | | | | |
| 170 | 170 | 725620 | BL71T555 120 DEGREE FULL OVERLAY, SCREW OM V250 | 170.000 | 1.30 | 221.00 |
| 509 | 509 | 250145 | 4/4 RWL1 ALDER FRAME STOCK KD S2S H/M 15/16" | 509.000 | 1.30 | 661.70 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 882.70 | 72.83 | 955.53 |

**SUBJECT TO TERMS AND CONDITIONS**

X

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

DD91151 (10/93)



COPY



# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514
DALLAS          TX  75373051 4

303 706-8000
FEDERAL I.D. NO. 20-1028122

** DUPLICATE **

| | | |
|---|---|---|
| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | STATE/COUNTY CODE | PAGE NO. |
| | W | 48-113 | 1 |

| BRANCH | BLUELINX ORDER NUMBER | OUR P.O. NUMBER IF DIRECT | DATE SHIPPED | ORDERED BY | CUSTOMER NUMBER | ORDER DATE | INVOICE DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | TERMS | SALES REP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DANNY | 046444 | | 7/25/08 | 00000000 DINS #: 0000000 | 714815 | 7/23/08 | 7/25/08 | 215-046444 0348 | MELISSA CONNELL | 5512 | |

**CUSTOMER PURCHASE ORDER NUMBER**

SOLD TO:
215

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE          TX  75159-3536

WILL CALL-Customer

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE          TX  75159 3536

DALLAS MAIN WAREHOUSE

NET 10TH PROX

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 245 | 245 | 250145 | 4/4 RW&L ALDER FRAME STOCK | 245.000 | 1.30 | 318.50 |
| 30 | 30 | 618592 | 3/4 S2S H/M 15/16" KD | 30.000 | 43.75 | 1312.50 |
| | | | 48X96  B-2 WHITE MAPLE | | | |
| 10 | 10 | 724307 | RC MDF/C WPF  HPVA | 10.000 | 73.75 | 737.50 |
| 17 | 17 | 724199 | 3/4 4X8 ALDER V/C RUSTIC | 17.000 | 34.60 | 588.20 |
| | | | 1/4 4X8 ALDER VC RUSTIC | | | |

SUBJECT TO TERMS AND CONDITIONS

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 243.93 | 3,200.63 |

NET AMOUNT  2,956.70

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. RECEIPT OR RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTIONS RELEASE ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER ON INVOICE.

X  INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

DD9151 (10/93)

COPY

# BlueLinx






**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN
PO BOX 730514
DALLAS   TX 753730514

303 706-8000
FEDERAL I.D. NO. 91-1626785

**DUNS #: 000000000**

**DUPLICATE**

| CUSTOMER PURCHASE ORDER NUMBER | INVOICE DATE | INVOICE NUMBER | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | OT | STATE/COUNTY/PAGE CODE | PAGE NO. |
|---|---|---|---|---|---|---|
| DANNY | | | | W | 48-113 | 1 |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | CUSTOMER NUMBER | ORDER DATE | NUMBER | ORDER TAKEN BY NAME | TERMS | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|
| 215 | 046446 | | 7/25/08 | | 714815 | 7/23/08 | 0348 | MELISSA CONNELL | 5512 | |

SOLD TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 75159-3536

SHIP VIA: WILL CALL-Customer

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 751593536

DALLAS MAIN WAREHOUSE

NET 10TH PROX

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 338 | 338 | 281101  6/4 RW&L POPLAR FAS KD RGH | | 338.000 | 1.45 | 490.10 |
| 58 | 58 | 715233  6/4 RW&L ALDER SUPERIOR KD H/M | | 58.000 | 3.25 | 188.50 |
| | | 1-7/16" | | | | |
| 55 | 55 | 728110  8/4 RW&L HARD MAPLE SEL&BTR | | 55.000 | 4.48 | 246.40 |
| | | 1&2 WHITE KD RGH | | | | |
| 356 | 356 | 250322  4/4 RW&L HARD MAPLE SEL&BTR | | 356.000 | 3.80 | 1352.80 |
| | | 1&2 WHITE KD RGH | | | | |
| 4 | 4 | 603174  1/4 RC WPF 48X96 WHITE BIRCH | | 4.000 | 14.75 | 59.00 |
| 2 | 2 | 693878  18.0MM 48X96 C-2 WHITE BIRCH | | 2.000 | 27.50 | 55.00 |
| | | IMPORT RC VC WPF HPVA | | | | |

X  CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH, UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

SUBJECT TO TERMS AND CONDITIONS

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 2,391.80 | 197.33 | 2,589.13 |

DD9161 (10/93)



COPY

# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS TX 75373

303 706-8000
FEDERAL I.D. NO. 20-1867658
DUNS #: 000000000

**DUPLICATE**

| CUSTOMER PURCHASE ORDER NUMBER | | | | | ORDERED BY | | CUSTOMER NUMBER | INVOICE DATE | INVOICE NUMBER (REFER TO INVOICE NO. SHOWN) | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | OT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 714815 | 7/25/08 | 215-046447 0348 | | 48-113 | 1 | | |

SOLD TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE          TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE          TX 751593536

DALLAS MAIN WAREHOUSE

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | SHIP VIA | ORDER DATE | TERMS | ORDER TAKEN BY NAME | SALES REP. |
|---|---|---|---|---|---|---|---|---|
| 215 | 046447 | | 7/25/08 | WILL CALL-Customer | 7/23/08 | NET 10TH PROX | MELISSA CONNELL | 5512 |

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 211 | 211 | 250145 | 4/4 RW&L ALDER FRAME STOCK KD S2S H/M 15/16" | 211.000 | 1.30 | 274.30 |

| | DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | 8/10/08 | .00 | .00 | 274.30 | 22.62 | 296.92 |

X   INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO OR RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

DANNY

**SUBJECT TO TERMS AND CONDITIONS**

DD9151 (10/93)

COPY

   

# BlueLinx

**WAREHOUSE INVOICE**

**PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:**
PO BOX 730514
DALLAS    TX 75373051

**FEDERAL I.D. NO.:** 303-706-8000
**DUNS #:** 000000000

**\*\*DUPLICATE\*\***

| OT | STATE/COUNTY CODE | PAGE NO. |
|----|------|------|
| W | 48-113 | 1 |

| SALES REP. |
|------|
| 5512 |

**CUSTOMER PURCHASE ORDER NUMBER**

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | SHIP VIA |
|------|------|------|------|------|------|
| 215 | 046450 | | 7/25/08 | | WILL CALL-Customer |

| CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME |
|------|------|------|------|------|
| 714815 | 7/25/08 | 7/23/08 | 215-046450-0348 | MELISSA CONNELL |

**SOLD TO:**
DANNY
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 751593536

**DALLAS MAIN WAREHOUSE**

**TERMS:** NET 10TH PROX

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|------|------|------|------|------|------|------|
| 444 | 444 | 250322 | 4/4 RW&L HARD MAPLE SEL&BTR | 444.000 | 3.80 | 1687.20 |
| 100 | 100 | 723609 | 1&2 WHITE KD RGH 6/4 RW&L HARD MAPLE SEL&BTR | 100.000 | 3.98 | 398.00 |
| 20 | 20 | 618592 | 1&2 WHITE KD RGH 3/4 48X96 B-2 WHITE MAPLE | 20.000 | 43.75 | 875.00 |
| 10 | 10 | 649225 | RC MDF/C WPF 1/4 48X96 B-4 MAPLE HPVA RC V/C | 10.000 | 28.60 | 286.00 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | SALES TAX | TOTAL AMOUNT |
|------|------|------|------|------|
| 8/10/08 | .00 | .00 | 267.81 | 3,514.01 |

NET AMOUNT: 3,246.20

SALES TAX: 267.81

SUBJECT TO TERMS AND CONDITIONS

**CREDIT MEMO RELEASE** — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

**INVOICE** — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

DD9151 (10/93)

COPY



# BlueLinx

## WAREHOUSE INVOICE

**PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:**

** **DUPLICATE** **

303 706-8000

FEDERAL I.D. NO. 78-...

PO BOX 730514
DALLAS TX 75373DUNS #:
0000000000

| CREDIT MEMO NUMBER | QT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|
| (REFER TO INVOICE NO. SHOWN) | W | 48-113 | 1 |

**CUSTOMER PURCHASE ORDER NUMBER**

DANNY

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | | |
|---|---|---|---|---|
| 215 | 046457 | | | |

| ORDER TAKEN BY NAME | | | SALES REP. |
|---|---|---|---|
| MELISSA CONNELL | | | 5512 |

**SOLD TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE      TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE      TX 751593536
DALLAS MAIN WAREHOUSE

| ORDERED BY | DATE SHIPPED | CUSTOMER NUMBER | SHIP VIA | ORDER DATE | INVOICE NUMBER | TERMS |
|---|---|---|---|---|---|---|
| | | 714815 | WILL CALL-Customer | 7/23/08 | 215-046457 0348 | NET 10TH PROX |

INVOICE DATE 7/25/08

| ORDERED | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | UNIT PRICE | EXTENSION | AMOUNT |
|---|---|---|---|---|---|---|
| 24 | 24 | 724307 | 3/4 4X8 ALDER V/C RUSTIC | 73.75 | 24.000 | 1770.00 |
| 20 | 20 | 693878 | 18.0MM 48X96 C-2 WHITE BIRCH | 27.50 | 20.000 | 550.00 |
| 10 | 10 | 649225 | IMPORT RC VC WPF 48X96 B-4 MAPLE | 28.60 | 10.000 | 286.00 |
| 809 | 809 | 250145 | 1/4 RC V/C ALDER FRAME STOCK 4/4 RW&L | 1.30 | 809.000 | 1051.70 |
| 5 | 5 | 202467 | KD S2S H/M 15/16" 3/4 49X97 MEDIUM DENSITY FIBERBOARD | 21.54 | 5.000 | 107.70 |

**SUBJECT TO TERMS AND CONDITIONS**

| DISCOUNT ALLOWED DATE | DISCOUNT ALLOWED | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | .00 | 3,765.40 | 310.64 | 4,076.04 |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

DD9151 (10/93)

COPY






# BlueLinx

**WAREHOUSE INVOICE**

**PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:**

**\*\*DUPLICATE\*\***

PO BOX 730514
DALLAS   TX 75373051   303 706-8000

FEDERAL I.D. NO. 77-067-7761
DUNS #: 00000000

| CUSTOMER PURCHASE ORDER NUMBER | ORDERED BY | CUSTOMER NUMBER | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | OT | STATE/COUNTY CODE | PAGE NO. | SALES REP |
|---|---|---|---|---|---|---|---|---|---|
| | | 714815 | 7/23/08 | 215-046458 | MELISSA CONNELL | W | 48-113 | 1 | 5512 |

**SOLD TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE    TX 75159-3536
DALLAS MAIN WAREHOUSE

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | SHIP VIA | INVOICE DATE | INVOICE NUMBER | TERMS |
|---|---|---|---|---|---|---|---|
| 215 | 046458 | | 7/25/08 | WILL CALL-Customer | 7/25/08 | 215-046458 0348 | NET 10TH PROX |

DANNY

| QUANTITY ORDERED | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 45 | 45 | 724771 | 1/2 4X8 C-2 MAPLE V/C | 45.000 | 37.80 | 1701.00 |
| 18 | 18 | 603174 | 1/4 48X96 A-3 WHITE BIRCH | 18.000 | 14.75 | 265.50 |
| 20 | 20 | 693878 | 18.0MM 48X96 C-2 WHITE BIRCH RC WPF HPVA | 20.000 | 27.50 | 550.00 |
| 319 | 319 | 250145 | 4/4 RW&L ALDER FRAME STOCK IMPORT RC VC WPF KD S2S H/M 15/16" | 319.000 | 1.30 | 414.70 |

| | DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | | NET AMOUNT | |
|---|---|---|---|---|---|---|
| | 8/10/08 | .00 | .00 | SALES TAX | 2,931.20 | |
| | | | | | 241.82 | |

**SUBJECT TO TERMS AND CONDITIONS**

**TOTAL AMOUNT**   3,173.02

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

D09151 (10/93)



COPY

# BlueLinx

**WAREHOUSE INVOICE**

**\*\*DUPLICATE\*\***

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN

PO BOX 730514

DALLAS    TX 75373

303 706-8000
FEDERAL I.D. NO. 91-1841523
DUNS #: 000000000

**CUSTOMER PURCHASE ORDER NUMBER**

| | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | QT | STATE/COUNTY PAGE CODE | NO. |
|---|---|---|---|---|
| | | W | 48-113 | 1 |

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 7/25/08 | 215-046466 |

**SOLD TO:**

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 75159-3536

**SHIP TO:**

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE        TX 751593536

| ORDERED BY | CUSTOMER NUMBER | ORDER DATE | ORDER NUMBER | ORDER TAKEN BY NAME | SALES REP. |
|---|---|---|---|---|---|
| | 714815 | 7/23/08 | 0348 | MELISSA CONNELL | 5512 |

| SHIP VIA | TERMS |
|---|---|
| WILL CALL-Customer | NET 10TH PROX |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED |
|---|---|---|---|
| 215 | 046466 | | 7/25/08 |

DANNY

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 509 | 509 | 250322 | 4/4 RW&L HARD MAPLE SEL&BTR | 509.000 | 3.85 | 1959.65 |
| | | | 1&2 WHITE KD RGH | | | |
| 210 | 210 | 250145 | 4/4 RW&L ALDER FRAME STOCK | 210.000 | 1.30 | 273.00 |
| | | | KD S2S H/M 15/16" | | | |
| 320 | 320 | 715233 | 6/4 RW&L ALDER SUPERIOR KD H/M | 320.000 | 3.10 | 992.00 |
| | | | 1-7/16" | | | |

DALLAS MAIN WAREHOUSE

| DISCOUNT ALLOWED DATE | DISCOUNT CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 3,224.65 | 3,490.69 |
| | | | 266.04 | |

**SUBJECT TO TERMS AND CONDITIONS**

X

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½%
PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN
ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT
PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT
OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER
MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED
TO PURCHASE ORDER OR INVOICE.

DD9151 (10/93)


C O P Y

# BlueLinx

**WAREHOUSE INVOICE**

**PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:**
PO BOX 730514
DALLAS TX 75373   DUNS #: 000000000

303 706-8000
FEDERAL I.D. NO. XX-XXXXXXX

**\*\*DUPLICATE\*\***

| | |
|---|---|
| BRANCH | 215 |
| BLUELINX ORDER NUMBER | 046469 |
| | DANNY |

**CUSTOMER PURCHASE ORDER NUMBER:** 714815

**SOLD TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 751593536
DALLAS MAIN WAREHOUSE

| CUSTOMER NUMBER | ORDER DATE | INVOICE NUMBER | INVOICE DATE | ORDER TAKEN BY NAME | SALES REP. |
|---|---|---|---|---|---|
| 714815 | 7/23/08 | 215-046469 | 7/25/08 | MELISSA CONNELL | 5512 |

| ORDERED BY | SHIP VIA | TERMS | OT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|
| | WILL CALL-Customer | NET 10TH PROX | W | 48-113 | 1 |

| DATE SHIPPED | DISCOUNT ALLOWED DATE |
|---|---|
| 7/25/08 | 8/10/08 |

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 147 | 147 | 250145 | 4/4 RW&L ALDER FRAME STOCK KD S2S H/M 15/16" | 147.000 | 1.30 | 191.10 |
| 114 | 114 | 728972 | 8/4 RW&L ALDER FRAME KD RGH | 114.000 | 1.55 | 176.70 |
| 3 | 3 | 693878 | 18.0MM 48X96 C-2 WHITE BIRCH IMPORT RC VC WPF | 3.000 | 27.25 | 81.75 |
| 6 | 6 | 724173 | 3/4 48X96 AFRICAN MAHOGANY VC | 6.000 | 65.60 | 393.60 |
| 6 | 6 | 724182 | 1/4 4X8 AFRICAN MAHOGANY VC A- | 6.000 | 46.25 | 277.50 |
| 200 | 200 | 106889 | BL175L6600.22 OMM FACE FRAME ADAPTER PLATE/OFF CENTER FRAME | 200.000 PC | .46 * | 92.00 |
| 200 | 200 | 725235 | BL175L6630.22 FACE FRAME CLIP PLATE (3MM) N | 200.000 PC | .50 * | 100.00 |
| 400 | 400 | 725620 | BL71T555 120 DEGREE FULL OVERLAY, SCREW OM V250 | 400.000 PC | 1.30 | 520.00 |
| 1000 | 1000 | 724246 | 6X1/2 PH PH PART BD SCR 100 | 1000.000 EA | .0300 * | 30.00 |

**SUBJECT TO TERMS AND CONDITIONS**

| CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|
| .00 | .00 | 1,862.65 | 153.68 | 2,016.33 |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THIS CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY HAVE AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

X

DD9151 (10/93)

   

# BlueLinx

## WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS    TX 753730514

303 706-8000
FEDERAL I.D. NO. **-*******
DUNS #: 000000000

**DUPLICATE**

| CUSTOMER PURCHASE ORDER NUMBER | | | |
|---|---|---|---|
| SOLD TO: | | SHIP TO: | |
| PARK CITIES MILLWORK | | PARK CITIES MILLWORK | |
| 400 W MALLOY BRIDGE RD | | 400 W MALLOY BRIDGE RD | |
| SEAGOVILLE    TX 75159-3536 | | SEAGOVILLE    TX 751593536 | |
| | | NET 10TH PROX | |
| | | DALLAS MAIN WAREHOUSE | |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER |
|---|---|---|
| DANNY | 046473 | |

| ORDERED BY | DATE SHIPPED | CUSTOMER NUMBER | SHIP VIA | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | TERMS | ST. STATE/COUNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|
| danny | 8/10/08 | 714815 | WILL CALL-Customer | 7/23/08 | 215-046473 | DAVID CORNETT | 5512 | W 48-113 | 1 | |

INVOICE DATE: 7/25/08    INVOICE NUMBER: 215-046473    NUMBER: 0072

| ORDERED QUANTITY | SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15 | 15 | 708815 | 18.0MM 48X96 A-2 WHITE MAPLE RC WPF VC | 15.000 | 43.75 | 656.25 |
| 6 | 6 | 719433 | 5/8"X 4 X 8 PARTICLE BOARD INDUSTRIAL | 6.000 | 18.00 | 108.00 |
| 25 | 25 | 728110 | 8/4 RW&L HARD MAPLE SEL&BTR | 25.000 | 4.48 | 112.00 |
| 30 | 30 | 736523 | 1&2 WHITE KD RGH CUSTOM MILLWORK (12) R/L SEE TEXT FOR DETAILS | 30.000 | 31.00 | 930.00 |
| | | 000000 | 4x10'MDF /\ | | | |
| 2 | 2 | 724771 | 1/2 4X8 C-2 MAPLE V/C | 2.000 | 37.80 | 75.60 |
| 500 | 500 | 725192 | 13/16" VENEER EG-BAND BIRCH PRE-GLUE | 500.000 | .11 | 55.00 |
| 70 | 70 | 690466 | 4/4 RW&L WHT HARD MAPLE SEL& BTR KD S2S 13/16" SLRIE | 70.000 | 3.80 | 266.00 |
| 320 | 320 | 712652 | B 21 BASE R/L PRMDMDF 1/2X5-1/4 (193") | 320.000 | 2.51 | 803.20 |

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASE BY ACCEPTING THIS CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

X
INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

SUBJECT TO TERMS AND CONDITIONS

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | .00 | .00 | 3,006.05 | 248.00 | 3,254.05 |

DD9151 (10/93)

COPY

   

# BlueLinx

**WAREHOUSE INVOICE**

**PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:**
PO BOX 730514
DALLAS TX 753730514

303 706-8000
FEDERAL I.D. NO.
DUNS #: 000000000

**\*\*DUPLICATE\*\***

| CUSTOMER PURCHASE ORDER NUMBER | | |
|---|---|---|
| BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | |
| 046477 | | 7/25/08 |

**SOLD TO:**
215   046477
DANNY
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 75159-3536

**SHIP TO:**
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE   TX 751593536
DALLAS MAIN WAREHOUSE

| BRANCH | ORDERED BY | CUSTOMER NUMBER | ORDER DATE | INVOICE DATE | INVOICE NUMBER | NUMBER | ORDER TAKEN BY / NAME | TERMS | OT STATE/COUNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 215 | WILL CALL-Customer | 714815 | 7/23/08 | 7/25/08 | 215-046477 | 0348 | MELISSA CONNELL | NET 10TH PROX | W 48-113 | 1 | 5512 |

DATE SHIPPED: 8/10/08

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15 | 15 | 727629 | 3/4 4X8 MELAMINE WHITE G2S | 15.000 | 35.20 | 528.00 |
| 3 | 3 | 727623 | 1/2 4X8 MELAMINE WHITE G2S | 3.000 | 28.80 | 86.40 |
| 1 | 1 | 727621 | 1/2 4X8 MELAMINE WHITE G1S | 1.000 | 19.50 | 19.50 |
| 8 | 8 | 719433 | 5/8" 4 X 8 PARTICLE BOARD | 8.000 | 18.00 | 144.00 |
| 275 | 275 | 723609 | 6/4 RW&L HARD MAPLE SEL&BTR INDUSTRIAL | 275.000 | 3.98 | 1094.50 |
| 505 | 505 | 308675 | 1&2 WHITE KD RGH 4/4 RW&L ALDER CABINET KD | 505.000 | 1.30 | 656.50 |
| 1500 | 1500 | 725192 | S2S H/M 15/16" 13/16" VENEER EG-BAND BIRCH PRE-GLUE | 1500.000 | .11 | 165.00 |
| 20 | 20 | 724307 | 3/4 4X8 ALDER V/C RUSTIC | 20.000 | 73.75 | 1475.00 |
| 6 | 6 | 724199 | 1/4 4X8 ALDER VC RUSTIC | 6.000 | 34.60 | 207.60 |

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8/10/08 | .00 | .00 | 4,376.50 | 361.07 | 4,737.57 |

**SUBJECT TO TERMS AND CONDITIONS**

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY ACCEPTANCE OF THE CREDIT MEMO WITHOUT SUCH OBJECTION RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

DD9151 (10/93)

COPY



# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514
DALLAS   TX   75373051

303 706-8000
FEDERAL I.D. NO. 91-1996624
DUNS #: 000000000

**\*\*DUPLICATE\*\***

| | | OT | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|
| | | W | 48-113 | 1 |

ORDER TAKEN BY / NAME: MELISSA CONNELL

SALES REP.: 5512

## CUSTOMER PURCHASE ORDER NUMBER

SOLD TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
·
SEAGOVILLE   TX  75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
·
SEAGOVILLE   TX  751593536

DALLAS MAIN WAREHOUSE

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT: OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | CUSTOMER NUMBER | ORDER DATE | INVOICE NUMBER | TERMS |
|---|---|---|---|---|---|---|---|---|
| 215 | 046480 | | 7/25/08 | | 714815 | 7/23/08 | 215-046480 | NET 10TH PROX |

INVOICE DATE: 7/25/08
NUMBER: 0348
SHIP VIA: WILL CALL-Customer

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 185 | 185 | 250145 4/4 | RW&L ALDER FRAME STOCK | 185.000 | 1.30 | 240.50 |
| 3 | 3 | 724199 1/4 | S2S H/M 15/16" | 3.000 | 34.60 | 103.80 |
| 4 | 4 | 724307 3/4 | 4X8 ALDER VC RUSTIC | 4.000 | 73.75 | 295.00 |
| 1 | 1 | 724322 1/4 | 4X8 ALDER V/C RUSTIC | 1.000 | 22.80 | 22.80 |
| 62 | 62 | 250322 4/4 | 4X8 ASH V/C A-3 | 62.000 | 3.80 | 235.60 |
| | | 1&2 | RW&L HARD MAPLE SEL&BTR | | | |
| | | | WHITE KD RGH | | | |

DANNY

X   CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE

**SUBJECT TO TERMS AND CONDITIONS**

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT |
|---|---|---|---|
| 8/10/08 | .00 | .00 | 897.70 |

| | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| | 74.07 | 971.77 |

DD9151 (10/93)

COPY

# BlueLinx



## WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

303 706-8000
FEDERAL I.D. NO. 74-0657100

**DUPLICATE**

PO BOX 730514
DALLAS          TX 753730514    DUNS #: 000000000

| CUSTOMER PURCHASE ORDER NUMBER | ORDERED BY | DATE SHIPPED | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME |
|---|---|---|---|---|---|---|---|
| | | | 714815 | 7/31/08 | 7/23/08 | 215-046441 0348 | MELISSA CONNELL |

SOLD TO:

BRANCH 215    BLUELINX ORDER NUMBER 046441    IF DIRECT, OUR P.O. NUMBER    7/25/08

DANNY

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159-3536

SHIP VIA: WILL CALL-Customer

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 751593536

DALLAS MAIN WAREHOUSE

TERMS: NET 10TH PROX

| W | OT STATE/COUNTY CODE | PAGE NO. |
|---|---|---|
| 48-113 | | 1 |

SALES REP. 5512

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 92 | 92 | 308675 | 4/4 RW&L ALDER CABINET KD S2S H/M 15/16" | 92.000 | 1.30 | 119.60 |
| 20 | 20 | 725838 | KVPBB100 12" PRECISION BUILT F ULL EXTENSION | 20.000 | 9.64 | 192.80 |
| 69 | 69 | 641519 | 4/4 RW&L WALNUT FAS KD ROUGH 18.0MM 48X96 C-2 WHITE BIRCH | 69.000 | 4.45 | 307.05 |
| 10 | 10 | 693878 | IMPORT RC VC WPF | 10.000 | 27.50 | 275.00 |
| 809 | 809 | 250145 | 4/4 RW&L ALDER FRAME STOCK KD S2S H/M 15/16" | 809.000 | 1.30 | 1051.70 |
| 5 | 5 | 202467 | 3/4 48X97 MEDIUM DENSITY FIBERBOARD | 5.000 | 21.54 | 107.70 |
| 10 | 10 | 649225 | 1/4 48X96 B-4 MAPLE RC V/C | 10.000 | 28.60 | 286.00 |

SUBJECT TO TERMS AND CONDITIONS

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 9/10/08 | .00 | .00 | 2,339.85 | 193.04 | 2,532.89 |

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WRITTEN OBJECTIONS TO BLUELINX PURCHASER BY RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

DD9151 (10/93)

COPY






**BlueLinx**

WAREHOUSE INVOICE

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:

PO BOX 730514
DALLAS                    TX  753730514

303 706-8000
FEDERAL I.D. NO. 77-0627181
DUNS #: 000000000

**DUPLICATE**

| CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | | ST | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|
| | | W | 48-113 | 1 |

SOLD TO:

DANNY

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED |
|---|---|---|---|
| 215 | 046448 | | 7/25/08 |

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
.
SEAGOVILLE          TX 75159-3536

| ORDERED BY | CUSTOMER NUMBER | ORDER DATE | INVOICE DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | TERMS | SALES REP. |
|---|---|---|---|---|---|---|---|
| | 714815 | 7/23/08 | 7/31/08 | 215-046448 0348 | MELISSA CONNELL | | 5512 |

SHIP VIA: WILL CALL-Customer

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
.
SEAGOVILLE          TX 75159-3536

DALLAS MAIN WAREHOUSE

NET 10TH PROX

**CUSTOMER PURCHASE ORDER NUMBER**

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 38 | 38 | 727629 | 3/4  4X8 MELAMINE WHITE G2S | 38.000 | 36.48 | 1386.24 |
| 20 | 20 | 670505 | 1/4" 49X97 MDF VINYL WHITE 1-S | 20.000 | 27.20 | 544.00 |
| 5 | 5 | 727623 | 1/2  4X8 MELAMINE WHITE G2S | 5.000 | 18.80 | 94.00 |

X

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 9/10/08 | .00 | .00 | 2,024.24 | 167.00 | 2,191.24 |

SUBJECT TO TERMS AND CONDITIONS

DD9151 (10/93)

COPY



# BlueLinx

**WAREHOUSE INVOICE**

**\*\*DUPLICATE\*\***

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS                TX 75373051

303 706-8000
FEDERAL I.D. NO. 706-251
DUNS #: 000000000

**CUSTOMER PURCHASE ORDER NUMBER**

| ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | CREDIT MEMO NUMBER (REFER TO INVOICE NO. SHOWN) | STATE/COUNTY CODE | PAGE NO. |
|---|---|---|---|---|---|---|---|
| | 714815 | 7/31/08 | 7/23/08 | 215-046481 0348 | | W 48-113 | 1 |

SOLD TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE          TX 75159-3536

SHIP TO:

PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD

SEAGOVILLE          TX 751593536

| BRANCH | BLUELINX ORDER NUMBER | | ORDER TAKEN BY NAME | SALES REP. |
|---|---|---|---|---|
| 215 | 046481 | | MELISSA CONNELL | 5512 |

SOLD TO: DANNY

| QUANTITY ORDERED | SHIPPED | ITEM NO./BACKORDER IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | DESCRIPTION | SHIP VIA | NET 10TH PROX TERMS | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 126 | 126 | 715233 | 7/25/08 | 6/4 RW&L ALDER SUPERIOR KD H/M 1-7/16" | OUR TRUCK | DALLAS MAIN WAREHOUSE | 126.000 | 3.52 | 443.52 |
| 82 | 82 | 250145 | | 4/4 RW&L ALDER FRAME STOCK KD S2S H/M 15/16" | | | 82.000 | 1.30 | 106.60 |
| 20 | 20 | 618592 | | 3/4 4X8X96 B-2 WHITE MAPLE RC MDF/C WPF HPVA | | | 20.000 | 43.75 | 875.00 |
| 15 | 15 | 649225 | | 1/4 48X96 B-4 MAPLE RC V/C | | | 15.000 | 28.60 | 429.00 |
| 5 | 5 | 724307 | | 3/4 4X8 ALDER V/C RUSTIC | | | 5.000 | 73.75 | 368.75 |
| 5 | 5 | 724771 | | 1/2 4X8 C-2 MAPLE V/C | | | 5.000 | 37.80 | 189.00 |
| 2 | 2 | 719085 | | 1/2 4X8 BIRCH SHOP VC | | | 2.000 | 46.00 | 92.00 |
| 10 | 10 | 693878 | | 18.0MM 48X96 C-2 WHITE BIRCH IMPORT RC VC WPF | | | 10.000 | 27.50 | 275.00 |

X   INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREIN UNLESS WITHIN TEN (10) DAYS OF RECEIPT PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER, BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASE ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

**SUBJECT TO TERMS AND CONDITIONS**

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 9/10/08 | .00 | .00 | 2,778.87 | 229.26 | 3,008.13 |

DD9151 (10/93)

COPY






# BlueLinx

**WAREHOUSE INVOICE**

PLEASE REMIT ALL FUNDS TO ADDRESS SHOWN:
PO BOX 730514
DALLAS   TX 75373051

303 706-8000
FEDERAL I.D. NO.: **\*DUPLICATE\*\***
DUNS #: 000000000

| | |
|---|---|
| CUSTOMER PURCHASE ORDER NUMBER | |

| BRANCH | BLUELINX ORDER NUMBER | IF DIRECT, OUR P.O. NUMBER | DATE SHIPPED | ORDERED BY | CUSTOMER NUMBER | INVOICE DATE | ORDER DATE | INVOICE NUMBER | ORDER TAKEN BY NAME | ST | STATE/COUNTY CODE | PAGE NO. | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 215 | 046451 | | 8/20/08 | | 714815 | 8/20/08 | 7/23/08 | 215-046451 | MELISSA CONNELL | W | 48-113 | 1 | 5512 |

SOLD TO:
DANNY
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 75159-3536

SHIP VIA: WILL CALL-Customer

SHIP TO:
PARK CITIES MILLWORK
400 W MALLOY BRIDGE RD
SEAGOVILLE          TX 751593536
DALLAS MAIN WAREHOUSE

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO./ BACKORDER | DESCRIPTION | EXTENSION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 58 | 58 | 727859 | 4/4 RW&L RED OAK FAS KD RGH SOUTHERN 12" & WIDER | 58.000 | 2.65 | 153.70 |

TERMS: NET 10TH PROX.

| DISCOUNT ALLOWED DATE | CASH DISCOUNT ALLOWED | FREIGHT/ EXPENSE | NET AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 9/10/08 | .00 | .00 | 153.70 | 12.69 | 166.39 |

SUBJECT TO TERMS AND CONDITIONS

CREDIT MEMO RELEASE — THIS CREDIT MEMO SHALL BE EFFECTIVE IN ACCORDANCE WITH THE TERMS HEREOF UNLESS WITHIN TEN (10) DAYS OF RECEIPT, PURCHASER DELIVERS WRITTEN OBJECTIONS TO BLUELINX. PURCHASER BY RECEIPT OF THE CREDIT MEMO WITHOUT SUCH OBJECTION, RELEASES ALL CLAIMS PURCHASER MAY AT ANY TIME HAVE AGAINST BLUELINX, ARISING OUT OF THE ABOVE REFERRED TO PURCHASE ORDER OR INVOICE.

INVOICE — AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH UNLESS APPLICABLE LAWS REQUIRE A LESSER CHARGE.

X

0348

D09151 (10/93)

# EXHIBIT B

(By) DEPUTY CLERK

ORIGINAL

%AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | 3-08-cv-02144-M |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | DECEMBER 12, 2008 |
| NAME OF SERVER *(PRINT)*  GEORGE W. WEIS | TITLE | TEXAS PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  PARK CITIES MILLWORK INC, by delivering to its' Registered Agent, DANIEL W. SCHREIMANN, at 909 Lake Carolyn Parkway, #150, Irving, TX 75039

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    DECEMBER 12, 2008        _____ SCH1345
              Date                       *Signature of Server*

5470 LBJ FREEWAY, DALLAS, TEXAS 75240
*Address of Server*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 15 2008

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 3:08-cv-02144-M    Document 5    Filed 12/15/2008    Page 2 of 2
Case 3:08-cv-02144-M    Document 6-2    Filed 02/12/09    Page 77 of 77    PageID 155
Case 3:08-cv-02144-M    Document 3    Filed 12/05/2008    Page 1 of 2

*ORIGINAL*

# UNITED STATES DISTRICT COURT
## Northern District of Texas

| | | |
|---|---|---|
| BlueLinx Corporation | ) | **SUMMONS IN A CIVIL ACTION** |
| | ) | |
| V. | ) | 3:08-cv-02144-M |
| | ) | |
| Park Cities Millwork Inc | ) | |

**TO:** (Name and address of Defendant)
Park Cities Millwork Inc

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Charles Shipman
112 E Pecan St
Suite 1200
San Antonio , TX 78205

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
CLERK

12/05/2008
DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*